Sarah R. London (SBN 267083)
slondon@girardsharp.com
Andrew R. Kaufman (*pro hac vice forthcoming*)
akaufman@girardsharp.com
Isabel Velez (SBN 359574)
ivelez@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE GS 2, a minor by and through her parent, PARENT GS 2,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBLOX CORPORATION and META PLATFORMS, INC.,<br><br>    Defendants. | Case No.:<br><br>**COMPLAINT FOR DAMAGES**<br><br>(1) Fraudulent Concealment and Misrepresentation<br>(2) Negligent Misrepresentation<br>(3) Negligence – General<br>(4) Negligence – Failure to Warn<br>(5) Negligence – Unreasonable Design<br>(6) Negligent Undertaking<br>(7) Strict Liability – Design Defect<br>(8) Strict Liability – Failure to Warn<br><br>**JURY TRIAL DEMANDED** |

**TABLE OF CONTENTS**

I.     INTRODUCTION ................................................................................................ 1

II.    PARTIES ........................................................................................................... 3

       A.    Plaintiff ................................................................................................. 3

       B.    Defendants ........................................................................................... 4

III.   JURISDICTION AND VENUE ......................................................................... 4

IV.    FACTUAL ALLEGATIONS AS TO ROBLOX ............................................... 5

       A.    Roblox Offers a Gaming App for Children .......................................... 5

       B.    Roblox Lures Parents into Letting Their Kids Use Roblox with Promises of
             Safety ................................................................................................... 9

       C.    In Reality, Roblox Is a Digital and Real-Life Nightmare for Children ................... 16

             1.    Roblox hosts and promotes graphic, sexually explicit content. .................. 16

             2.    Roblox provides a hunting ground for child-sex predators ........................ 25

       D.    Roblox Knowingly Causes and Facilitates the Sexual Exploitation of
             Children ............................................................................................... 32

             1.    Roblox prioritizes growth over child safety ........................................... 32

             2.    Roblox facilitates child sexual exploitation through the design of its
                   app, inadequate safety features, and refusal to invest in basic safety
                   protections ............................................................................................. 38

             3.    Roblox's recent safety changes are woefully inadequate and fail to
                   address years of neglect and harm caused by its app .............................. 46

V.     FACTUAL ALLEGATIONS AS TO META ...................................................... 52

       A.    Meta Offers a Communications App Called Instagram That It Markets to
             Children ............................................................................................... 52

       B.    Instagram Assures Parents with False Promises of Safety ....................................... 59

       C.    In Reality, Instagram Is a Digital and Real-life Nightmare for Children ............... 62

             1.    Instagram hosts and promotes dangerous and illegal sexual content of
                   children ................................................................................................. 62

             2.    Instagram provides a hunting ground for child-sex predators ................... 63

             3.    Instagram and Roblox in tandem facilitate child sexual exploitation ......... 65

i

D.     Instagram Knowingly Causes and Facilitates the Sexual Exploitation of Children. ........................................................................................ 66

    1.     Instagram prioritizes growth over the safety of children. .......................... 66

    2.     Instagram facilitates child sexual exploitation through the design of its app, inadequate safety features, and refusal to invest in basic safety protections. ............................................................................................ 72

VI.     PLAINTIFF-SPECIFIC ALLEGATIONS ........................................................... 75

VII.     CAUSES OF ACTION ........................................................................................ 79

FIRST CAUSE OF ACTION FRAUDULENT CONCEALMENT AND MISREPRESENTATION (By Plaintiff Against Each Defendant) .................................. 79

SECOND CAUSE OF ACTION NEGLIGENT MISREPRESENTATION (By Plaintiff Against each Defendant) ............................................................................................ 83

THIRD CAUSE OF ACTION NEGLIGENCE – GENERAL (By Plaintiff Against Each Defendant) ........................................................................................................ 87

FOURTH CAUSE OF ACTION NEGLIGENCE – FAILURE TO WARN (By Plaintiff Against Each Defendant) ................................................................................. 93

FIFTH CAUSE OF ACTION NEGLIGENCE – UNREASONABLE DESIGN (By Plaintiff Against Each Defendant) ................................................................................. 97

SIXTH CAUSE OF ACTION NEGLIGENT UNDERTAKING (By Plaintiff Against Each Defendant) ........................................................................................................ 100

SEVENTH CAUSE OF ACTION STRICT LIABILITY – DESIGN DEFECT (By Plaintiff Against Each Defendant) ............................................................................ 102

EIGHTH CAUSE OF ACTION STRICT LIABILITY – FAILURE TO WARN (By Plaintiff Against Each Defendant) ............................................................................ 107

VIII.     PRAYER FOR RELIEF ...................................................................................... 110

IX.     DEMAND FOR A JURY TRIAL ........................................................................ 111

COMPLAINT FOR DAMAGES
Case No.

Plaintiff Jane Doe GS 2 ("Minor Plaintiff"), a minor by and through her parent, PARENT GS 2 ("Plaintiff's Mother") brings this action against Roblox Corporation ("Roblox") and Meta Platforms, Inc. ("Meta") to recover damages arising from the severe injuries she suffered because of Defendants' respective conduct in creating, designing, marketing, and distributing their mobile- and web-based applications ("apps"), and alleges as follows:

## I.    INTRODUCTION

1.    This action seeks to hold Defendants Roblox and Meta accountable for facilitating the sexual exploitation of Minor Plaintiff, a minor child. The heinous acts against Minor Plaintiff were committed by a dangerous child predator whose actions were possible only because of the egregiously tortious conduct of Defendants.

2.    With their pervasive misrepresentations about safety, Defendants lure parents and children into believing their apps are appropriate places for children to play. For parents who are aware of the dangers of Defendants' apps, their best efforts to limit their children's access to Roblox are still not enough to shield their children from the extent of those dangers. In reality, and as Defendants well know, the design of their apps makes children easy prey for pedophiles. They allow adult users to identify and readily initiate conversations with children, then manipulate the trust of those children. Roblox allows adult users to easily identify and groom children and then move their communications to Instagram—an app owned by Meta that permits a child to chat with anyone over voice, video, and text messaging. On Instagram, these pedophiles are able to coerce the children into sending sexually explicit images or meeting in person. There are steps Roblox and Meta could take to protect children and make their apps safer. But time and again they have refused to invest in basic safety features to protect against exactly the kind of exploitation Minor Plaintiff suffered here.

3.    The reason for Roblox's unlawful conduct is simple: Roblox prioritizes user growth over child safety. As one former Roblox employee explained in describing the company's approach to child safety, "You have to make a decision, right? You can keep your players safe, but then it would be less of them on the platform. Or you just let them do what they want to do. And then the

COMPLAINT FOR DAMAGES
Case No.

numbers all look good and investors will be happy."[1] Meta has taken the same approach to child safety on its app. Defendants' prioritization of growth over the safety of children has devastated the lives of children who use their apps.

4.    Minor Plaintiff was an avid user of Roblox. After Plaintiff's Mother heard concerns of other parents regarding the safety of Roblox, Plaintiff's Mother went to great lengths to limit Minor Plaintiff's use of Roblox, including deleting access to the platform from devices and implementing parental controls. Plaintiff's Mother learned the truth only after it was too late—that despite efforts to restrict her child's access and use of Roblox once she learned that Roblox was unsafe, these measures could not protect against Roblox's egregious conduct in creating, designing, marketing, and distributing apps that lure and entice children to their platform, which offers many work arounds to parental controls and supervision. Plaintiff's Mother discovered that Roblox and Instagram had enabled a child predator to identify, groom, and coerce Minor Plaintiff into sending sexually explicit images and videos of herself.

5.    Minor Plaintiff created an Instagram account at the direction of a predator that she met on Roblox. The predator further groomed and coerced Plaintiff through messaging her on Instagram.

6.    Over a year later, after Plaintiff's Mother had removed all access to Roblox, Instagram, and electronics to access those platforms, Plaintiff's Mother made the heartbreaking discovery that Minor Plaintiff had been sexually exploited again on Roblox and Instagram.

7.    Minor Plaintiff suffered this sexual exploitation and abuse as the direct result of Defendants' conduct. For years, Defendants have misrepresented and deliberately concealed information about the pervasive predatory conduct that their apps enable and facilitate. Had Defendants disclosed the truth of what was really occurring on their apps, Plaintiff's Mother would never have permitted Plaintiff to use these apps. Had Defendants taken any steps to screen users before allowing them on the apps, Minor Plaintiff would not have been exposed to the large number

---

[1] *Roblox: Inflated Key Metrics for Wall Street and a Pedophile Hellscape for Kids*, Hindenburg Research (Oct. 8, 2024), https://hindenburgresearch.com/roblox/.

COMPLAINT FOR DAMAGES
Case No.

of predators trolling the platforms. Had Defendants implemented even the most basic system of age and identity verification, as well as other commonsense safety measures, Minor Plaintiff would never have engaged with these predators and never been harmed.

8. Minor Plaintiff has suffered unimaginable harm. Her innocence has been snatched from her forever. Due to the trauma she endured from being sexually exploited on Roblox and Instagram, she faced anxiety, depression, PTSD, and insomnia. Tragically, what happened to her is far from an isolated event—Minor Plaintiff herself has now been sexually exploited on these platforms multiple times within less than two years. Indeed, Minor Plaintiff is just one of countless children whose lives have been devastated as a result of Defendants' misrepresentations and defectively designed apps. This action, therefore, is not just a battle to vindicate Minor Plaintiff's rights—it is a stand against Defendants' systemic failures to protect society's most vulnerable from unthinkable harm in pursuit of financial gain over child safety.

## II.    PARTIES

### A.    Plaintiff

9. Plaintiff Jane Doe GS 2, a minor by and through her parent, PARENT GS 2, is a minor citizen and resident of the State of Michigan, with a principal place of residence in Wayne County.

10. Minor Plaintiff has suffered profound and enduring harm. This includes significant emotional distress, psychological trauma, and mental anguish, which caused her to develop anxiety, depression, PTSD, and insomnia. Minor Plaintiff's experiences have led to a loss of trust, safety, personal security, self-esteem, and positive self-image, depriving her of the opportunity for a normal and healthy development. The injuries she sustained are severe, ongoing, and permanent, affecting her daily life and emotional health in lasting and immeasurable ways.

11. Minor Plaintiff never entered any contract with Defendants. To the extent Defendants claim that Minor Plaintiff attempted to accept an electronic terms and conditions clause by clicking buttons on a screen that included language that Minor Plaintiff did not read or understand, such an assertion is legally erroneous, invalid, and unenforceable, including because Minor Plaintiff disaffirms any contract that she may have entered as a minor, including any forced arbitration agreement and any delegation clause in any contract; Minor Plaintiff lacked the capacity to enter any

3

contract, including any forced arbitration agreement and any delegation clause in any contract; any contract that Minor Plaintiff purportedly entered after this lawsuit was filed is invalid and unenforceable; and any arbitration agreement is invalid and unenforceable under the Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act, Pub. L. No. 117–90, codified at 9 U.S.C. §§ 401-402.

### B.    Defendants

12.    Defendant Roblox Corporation is a Delaware corporation with its principal place of business in San Mateo, California. Roblox owns, operates, controls, produces, designs, maintains, manages, develops, tests, labels, markets, advertises, promotes, supplies, and distributes the Roblox app. Roblox is widely available to consumers throughout the United States.

13.    Defendant Meta Platforms, Inc. is a Delaware corporation with its principal place of business in Menlo Park, California. Meta Platforms, Inc. owns, operates, controls, produces, designs, maintains, manages, develops, tests, labels, markets, advertises, promotes, supplies, and distributes the Instagram app. Instagram is widely available to consumers throughout the United States.

## III.    JURISDICTION AND VENUE

14.    This Court has subject-matter jurisdiction over this action under 28 U.S.C. § 1332(a) because Minor Plaintiff and Defendants are citizens of different states and the amount in controversy exceeds $75,000.

15.    This Court has personal jurisdiction over Defendants because their principal places of business are in this District, and because they have contacts with District that are so continuous and systematic that they are essentially at home in this State. Defendant Roblox and Defendant Meta maintain their principal place of business in the County of San Mateo.

16.    Venue is proper in this District under 28 U.S.C. § 1391 because Defendants reside in this District and a substantial part of the events or omissions giving rise to Minor Plaintiff's claims occurred in San Mateo County.

4

COMPLAINT FOR DAMAGES
Case No.

## IV.    FACTUAL ALLEGATIONS AS TO ROBLOX

### A.    Roblox Offers a Gaming App for Children.

17.    Launched in 2006, Roblox is an online gaming app that allows users to play myriad games, which the company refers to as "experiences." There are currently more than 40 million experiences within the Roblox ecosystem. Most experiences on Roblox are created not by Roblox but by individuals (often Roblox users) or companies that develop their own games and make them available on Roblox for others to play.

18.    Roblox is easily accessible, including to children. It is free to download and play and is available on gaming consoles, computers, tablets, and cellular devices.

19.    Roblox is designed to be an interactive experience, allowing and encouraging users to communicate with each other. Gameplay interactions, user hubs, direct messaging, and voice chat all promote social interactions between users. Roblox's co-founder and CEO David Baszucki has explained that his vision is for Roblox to bring about "the next phase of human interaction," which he also has described as "a new category of human coexperience."[2] Roblox has similarly explained that it "operates a human co-experience platform . . . where users interact with each other to explore and develop immersive, user generated, 3D experiences."[3]

20.    Roblox designed its app for children. Roblox has marketed its app not only as the "#1 gaming site for kids and teens"[4] but also as an educational experience for young users. Roblox claims that it provides "new gateways into learning"—from "chemistry to physics to robotics and more, Roblox experiences bring concepts to life in ways that immerse learners and motivate exploration, play, and deep thinking."[5] These offerings, according to Roblox, include "high-quality, standards-

---

[2] David Baszucki, Co-founder and CEO of Roblox, *The CEO of Roblox on Scaling Community-Sourced Innovation*, Har. Bus. Rev., The Magazine, (Mar-Apr 2022), https://hbr.org/2022/03/the-ceo-of-roblox-on-scaling-community-sourced-innovation.

[3] Roblox Corp., Quarterly Report (Form 10-Q) (Mar. 13, 2021).

[4] Roblox, *What Is Roblox*, http://web.archive.org/web/20170227121323/https://www.roblox.com/ (archived Feb. 27, 2017).

[5] Roblox, *A New Era of Engaged Learning*, https://corp.roblox.com/education (last visited Feb. 11, 2025).

COMPLAINT FOR DAMAGES
Case No.

aligned, immersive educational experiences designed by curriculum experts."[6]



*Roblox webpage – "A New Era of Engaged Learning"*

21.    Roblox's popularity among children exploded during the pandemic when the app was flooded with millions of new users as kids were confined to their homes and glued to their devices. By September 2020, roughly 30 million people, more than half of them under 13, were on Roblox daily, making it the world's biggest recreational zone for kids.

22.    That growth has continued unabated. In Roblox's 2023 Annual Report, the company reported an average of 68.5 million daily active users, with 21% under 9 years of age; 21% from 9-12 years of age; 16% from 13-16 years of age; and 41% over 17 years of age.

23.    Today, Roblox is the most downloaded online game globally, and the average user spends 139 minutes a day on the app.[7]

24.    Individuals who wish to play Roblox must create an account. It is extremely easy to "SIGN UP AND START HAVING FUN!" Users must provide only a birthdate, username, and password. Users of any age can create an account. There is no age minimum. Roblox does not require

---

[6] *Id.*

[7] Qustodio, *Research by App Category – Gaming*, https://www.qustodio.com/en/the-digital-dilemma/gaming/ (last visited Feb. 11, 2025).

COMPLAINT FOR DAMAGES
Case No.

users to verify their age upon sign-up, so they can easily represent that they are younger or older than their actual age. (Only on July 17, 2025 did Roblox announce an intent to require age verification for certain features.)



*Roblox Sign-up Screen*

25.    Although Roblox states that children must have parental permission before signing up for an account, nothing prevents them from creating their own accounts and playing on Roblox. Roblox does nothing to confirm or document that parental permission has been given, no matter how young a child is. Nor does Roblox require a parent to confirm the age given when a child signs up to use Roblox.

26.    Roblox has access to biometric age and identity verification software that requires the user to take a photo of a government-issued ID along with a real-time "selfie" that is then verified through artificial intelligence. While Roblox utilizes this software for certain purposes, it intentionally or recklessly does not use this feature when new accounts are created. Instead, Roblox continues to rely on self-reported birthdates for age verification, and its app is intentionally or recklessly designed to allow users to create accounts using fake birthdates, allowing adults to pose as children and children to easily circumvent the more restrictive controls for users under 13.

27.    After creating an account, all users are assigned a default player avatar—a cartoonish

7

COMPLAINT FOR DAMAGES
Case No.

character that represents the individual user within certain games.



*Example default avatar on Roblox.*

28.    They can then play in millions of experiences on the app. These games are sorted into different genres/categories, such as Sports, Role-Playing Games, Fighting, First Person Shooters, Fashion, Horror, Comedy, Military, and Naval. The games recommended to a user will vary based on the age the user entered when generating their account and Roblox's algorithm that recommends games to the user.



*Examples of games available on Roblox.*

29.    Until November 2024, Roblox configured its app to default to settings that allowed adults to easily communicate with children. Adult strangers could "friend" and chat with a child of any age via direct (*i.e.*, private) message. Further, even without being "friends," adults could also chat with a child of any age within a Roblox experience through direct messages.

30.    Now, under Roblox's default settings, adults cannot directly message children under 13, but Roblox still does nothing to prevent children this young from creating accounts with fake 13+

8

COMPLAINT FOR DAMAGES
Case No.

birthdates, which gives them full access to Roblox's direct-messaging options. Roblox still relies on self-reported birthdates for age verification. Further, children 13 and over are still vulnerable to receiving friend requests—or direct messages within Roblox experiences—from adult strangers. There is also nothing that prohibits adults from entering fake birthdays and posing as children in their attempts to friend or otherwise communicate with children users.

31.    Roblox generates revenue largely by selling users an in-game digital currency called Robux, which they exchange for digital content such as online experiences and customized outfits and appearances for their avatars. Robux can be purchased in a single transaction or a user may subscribe to receive Robux on a recurring basis with a Roblox Premium membership. Roblox also offers Robux gift cards that anyone can purchase and send to any user.

32.    Children frequently become obsessed with purchasing or otherwise obtaining Robux to buy items for their avatars and to spend in their favorite experiences on Roblox. In Roblox's Avatar Store, for example, the company sells rare items at astronomical prices, such as a type of hair for an avatar, which children seek to purchase to keep up with or outdo their peers on Roblox. As a result, children often tell others, including strangers, that they will do "Anything for Robux."[8]

**B.    <u>Roblox Lures Parents into Letting Their Kids Use Roblox with Promises of Safety.</u>**

33.    Roblox's success and continued growth has hinged on its constant, false assurances to parents that its app is safe for children. The company has offered such assurance throughout its history and in every forum possible—on its website, through public promises of its highest executives, in news articles, on podcasts, and on and on.

34.    Over the years, Roblox has repeatedly represented on its website that its app is safe for children and has touted the safety controls it has in place. As early as 2007, Roblox's website assured parents that Roblox is an "online virtual playground . . . where kids of all ages can safely interact,

---

[8] Olivia Carville & Cecilia D'Anastosio, *Roblox's Pedophile Problem*, Bloomberg Businessweek (July 23, 2024), https://www.bloomberg.com/features/2024-roblox-pedophile-problem/.

COMPLAINT FOR DAMAGES
Case No.

create, have fun, and learn."[9]

35.    From 2008 to 2016, the website continued to promise parents, "We take every precaution possible to make sure kids are protected from inappropriate and offensive individuals as well as from indecent and distasteful content."[10] It also assured parents that Roblox had a zero-tolerance policy for "swearing and obscenities, messages and content of a sexual or violent nature, and any sort of aggressive or threatening communication," and "immediately suspended or permanently expelled" any offenders.[11]

36.    The website has consistently sought to paint Roblox as "family friendly" and safe for children of all ages. In 2017, Roblox began declaring that it "take[s] kids' safety and privacy very seriously" and "strive[s] to continually develop new and innovative technologies that will protect the safety of our community while allowing players to imagine, create, and play together in a family-friendly environment."[12] Roblox similarly has advertised its app as "a safe, moderated place to meet, play, chat, and collaborate on creative projects."[13]

---

[9] Roblox, *Frequently Asked Questions (FAQs)*, https://web.archive.org/web/20071105104643/http://www.roblox.com/Parents/FAQs.aspx (archived Nov. 5, 2007).

[10] Roblox, *Keeping Kids Safe*, https://web.archive.org/web/20080501101437/http://www.roblox.com/Parents/KeepingKidsSafe.aspx (archived May 1, 2008); *see also* Roblox, *Information for Parents*, https://web.archive.org/web/20160131063648/http://corp.roblox.com/parents (archived Jan. 31, 2016).

[11] *Id.*

[12] Roblox, *Parents' Guide*, https://web.archive.org/web/20170716032712/https://corp.roblox.com/parents/ (archived Jul. 16, 2017).

[13] *Id.*

10

COMPLAINT FOR DAMAGES
Case No.

As the largest growing social platform for play, Roblox gives players a safe, moderated place to meet, play, chat, and collaborate on creative projects. If so inclined, they can even go on to learn how to build and code immersive experiences for others, all at their own pace.



*Excerpt from Roblox Parent's Guide in 2017*

37.    Roblox's website representations have remained largely the same since then. In 2023, for example, Roblox assured parents that it "continually develop[s] cutting-edge technologies to ensure that the Roblox platform remains a safe and fun space for players all over the world."[14] Roblox claimed that the company was "dedicated to working together with parents and digital safety experts to promote a family-friendly environment that allows all players to imagine, create, and play online."[15] Roblox emphasized that it is "committed to ensuring that Roblox is a safe and fun place for everyone."[16] According to Roblox, it "goes above and beyond to foster an environment where people of any age can create, play, learn, and imagine safely. We've kept children's privacy and safety top-of-mind when designing our platform, especially through the implementation of advanced text filters

[14] Roblox, *For Parents*, https://web.archive.org/web/20230405060048/https://corporate.roblox.com/parents/ (archived Apr. 5, 2023).
[15] *Id.*
[16] Roblox, *Roblox FAQ*, https://web.archive.org/web/20230328011957/https://corporate.roblox.com/faq/ (archived Mar. 28, 2023).

COMPLAINT FOR DAMAGES
Case No.

that block inappropriate language or other unsafe content."[17]

38.     Roblox's website today contains similar assurances. It claims, "Safety is in our DNA: when Dave Baszucki and Erik Cassel launched Roblox in 2006, they spent a few hours each day with the community, helping to ensure that Roblox was a safe and welcoming environment. Safety was their top priority, and they made constant improvements in their moderation, both for content and for communication on the platform."[18]

39.     According to the current website, Roblox "won't allow language that is used to harass, discriminate, incite violence, threaten others, or used in a sexual context."[19] It touts a "stringent safety system and policies,"[20] which includes its "expertly trained team with thousands of members dedicated to protecting our users and monitoring for inappropriate content"; its "safety review of every uploaded image, audio, and video file, using a combination of review by a large team of human moderators and machine detection before they become available on our platform"; and its chat filters for inappropriate content, which "are even stricter" for children under 13 and "include any potentially identifiable personal information, slang etc." [21]

40.     These false promises and assurances are not confined to Roblox's website. They are repeated in statements by the company's highest executives—including in direct response to concerns raised by parents.

41.     In 2009, a blogger wrote about blocking Roblox because he doubted its safety for his children. CEO David Baszucki responded to the blogger reassuring him that Roblox flags "obviously offensive content" and removes it, and if "something is marginal, but gets flagged as inappropriate,"

[17] Roblox, *Roblox & User Data FAQ*, https://en.help.roblox.com/hc/en-us/articles/4406238486676-Roblox-User-Data-FAQ (last visited Feb. 11, 2025).
[18] Roblox, *Safety Comes First on Roblox*,  https://corp.roblox.com/safety-civility-resources?section=news&article=safety-comes-first-on-roblox (last visited Feb. 11, 2025).
[19] Roblox, *Safety Features: Chat, Privacy & Filtering*, https://en.help.roblox.com/hc/en-us/articles/203313120-Safety-Features-Chat-Privacy-Filtering#:~:text=Players%20have%20different%20safety%20settings,and%20phrases%2%200than%20younger%20players (last visited Feb. 11, 2025).
[20] Roblox, *Safety & Civility at Roblox*, https://en.help.roblox.com/hc/en-us/articles/4407444339348-Safety-Civility-at-Roblox (last visited Feb. 11, 2025).
[21] *Id.*

12

COMPLAINT FOR DAMAGES
Case No.

Roblox "investigate[s] immediately."[22]

42.    In a 2013 *Wired* interview, when asked whether a parent should be concerned about whom his child was chatting with in-game, Baszucki declared, "We take every precaution possible to make sure kids are protected from inappropriate and offensive individuals as well as from indecent and distasteful content," taking a sentence verbatim from Roblox's webpage for parents.[23]

43.    Tami Bhaumik, Roblox's current Vice President of Civility & Partnerships, has doubled down on these promises in statements to parenting magazines, news outlets, and podcasts— all aimed at persuading parents to let their children use Roblox. She also has contacted international online safety experts in an effort to sell Roblox's safety story.

44.    As recently as 2024, Bhaumik told *Parents Magazine* that "[w]e have a responsibility to make sure our players can learn, create, and play safely. This continues to be our most important priority and that will never change."[24]

# Parents

In response to safety concerns, Roblox notes that the platform was designed for kids and teens from the beginning, and they're committed to making safety a priority. "We have a responsibility to make sure our players can learn, create, and play safely," notes Tami Bhaumik, Vice President of Civility & Partnerships at Roblox. "This continues to be our most important priority and that will never change."

45.    Such statements by Bhaumik date back years. In 2018, Bhaumik told the *Washington Post* that Roblox "focus[es] on making sure that everything is done in a safe and appropriate way."[25]

---

[22] Eric Frenchman, *Revisiting Roblox*, Pardon My French (Oct. 5, 2009), https://pardonmyfrench.typepad.com/pardonmyfrench/2009/10/revisiting-roblox.html.
[23] Tony Sims, *Interview with David Baszucki, Founder & CEO of Roblox*, Wired (Feb. 7, 2013), https://www.wired.com/2013/02/roblox/.
[24] Maressa Brown, *Is Roblox Safe for Kids? Here's What the Experts Have to Say*, Parents Magazine (Apr. 29, 2024), https://www.parents.com/kids/safety/internet/is-roblox-safe-forkids/.
[25] Hayley Tsukayama, *Roblox, an Online Kids Game, Explains How a Hack Allowed a Character's*

13

COMPLAINT FOR DAMAGES
Case No.

That year, she also claimed to another newspaper that Roblox's "safety team reviews every uploaded image, video, and audio file used within our games to make sure they are safe and age appropriate."[26] She also boasted that Roblox has "created extensive parental controls for our games and a detailed Roblox Parent's Guide that provides information to parents to help create a Roblox experience that's best for their child."[27]

46.     In 2019, while presenting on a "Digital Civility Panel," Bhaumik emphasized that "[w]e make sure there's a safe environment," citing Roblox's "tremendous reporting system" and "incredible moderation and CS team that reacts very, very quickly."[28] On that same panel—and in contradiction to Roblox's representation that it had always taken "every precaution possible" to protect children, Bhaumik conceded that "digital civility did not exist at Roblox a year and a half ago and we established this and made it a movement within our company."[29] She added later, "It's still very early days for us. This whole digital civility focus for Roblox is still there, we're just still establishing it."[30]

47.     In a 2022 video interview about safety on Roblox, Bhaumik asserted that Roblox's "number one priority" is "to create a safe, civil, and inclusive community" and that "[s]afety and civility has always been baked into everything that we do."[31] That year, on a podcast, she also bragged about Roblox's purported safety protections, including "thousands of human moderators on the front

---

*Virtual 'Rape'*, Wash. Post. (Jul. 17, 2018), https://www.washingtonpost.com/technology/2018/07/17/roblox-an-online-kids-game-explains-how-hack-allowed-characters-virtual-rape/.

[26] Chris Pollard, *Police Warn that Children as Young as Five-Years-Old are Seeing Naked Lego-Type Characters Having Sex on Roblox App*, The Sun (Jan. 29, 2018), https://www.thesun.co.uk/news/5445444/roblox-app-children-danger-sex-warning/.

[27] *Id.*

[28] YouTube, Digital Civility Panel (Oct. 23, 2019), https://www.youtube.com/watch?v=XoUs1Js7WG0&list=PLcKphP00N1_kCLjvcOWdwbegJkNSL-CuL&index=6.

[29] *Id.*

[30] *Id.*

[31] Video Interview with Tami Bhaumik, Roblox's VP of Digital Civility & Partnerships (2022), https://www.facebook.com/bedford.sheriff/videos/roblox-how-to-help-kids-use-itsafelyrobloxs- vp-of-digital-civility-partnerships/1338989609901259/.

14

COMPLAINT FOR DAMAGES
Case No.

lines" and "machine learning that is constantly taking a look at chat filters."[32] With these and other measures, she exclaimed, "[a]ny sort of bad actor that comes onto the platform is dealt with swiftly" and "[w]e remove any content that's reported to us within minutes."[33]

48.    In 2023, Matt Kaufman, formerly the Chief Systems Officer for Roblox, was appointed Chief Safety Officer, at which point he too began peddling Roblox's child safety narrative.

49.    In a 2024 blog post on Roblox's website, Kaufman asserted that "Roblox has spent almost two decades working to make the platform one of the safest online environments for our users, particularly the youngest users. Our guiding vision is to create the safest and most civil community in the world."[34] According to Kaufman, "For users under 13, our filters block sharing of personal information and attempts to take conversations off Roblox, where safety standards and moderation are less stringent."[35] A few months later, he added, "Safety is and always has been foundational to everything we do at Roblox."[36]

50.    In a later blog post, Kaufman touted Roblox's "track record of putting the safety of the youngest and most vulnerable people on our platform first."[37]

51.    Kaufman also recently told *NPR* that "any time anything happens to a child that puts them at risk is one too many."[38]

---

[32] YouTube, Into the Metaverse, Podcast: EP.21: Tami Bhaumik (Roblox) - Building a Safe & Resilient Metaverse, https://www.youtube.com/watch?v=LT5_bBOYS9A.

[33] *Id.*

[34] Matt Kaufman, Chief Safety Officer, *Driving Civility and Safety for All Users*, Roblox (July 22, 2024), https://corp.roblox.com/newsroom/2024/07/driving-civility-and-safety-for-allusers.

[35] *Id.*

[36] Matt Kaufman, Chief Safety Officer, *Major Updates to Our Safety Systems and Parental Controls*, Roblox (Nov. 18, 2024), https://corp.roblox.com/newsroom/2024/11/major-updates-to-our-safety-systems-and-parental-controls.

[37] Matt Kaufman, Chief Safety Officer, *Scaling Safety and Civility on Roblox*, Roblox (Apr. 4, 2024), https://corp.roblox.com/newsroom/2024/04/scaling-safety-civility-roblox.

[38] Scott Tong & James Perkins Mastromarino, *Roblox Chief Safety Officer on New Safety Features, Past Cases of Child Abuse on the Platform*, WBUR (Nov. 18, 2024), https://www.wbur.org/hereandnow/2024/11/18/roblox-safety-features.

COMPLAINT FOR DAMAGES
Case No.

**C.    In Reality, Roblox Is a Digital and Real-Life Nightmare for Children.**

52.    Roblox's public statements and promises are carefully crafted to paint the picture of a digital playground that is safe and appropriate for children. When parents, the press, or child advocates raise questions and concerns, the company's highest executives respond with comforting promises of safety.

53.    This campaign of reassurance masks the truth about Roblox. Far from creating a safe place for children, Roblox designed, built, and maintains a toxic environment that has enabled obscene material to flourish and, worse, enables predatory pedophiles to hunt, groom, and sexually exploit children. What Roblox represents as a safe, appropriate space for children is, in fact, a digital and real-life nightmare for kids.

**1.    Roblox hosts and promotes graphic, sexually explicit content.**

54.    Roblox is a vast ecosystem offering an endless array of not just online games but also immersive virtual worlds where children's customized avatars can engage in activities like playing house, adopting pets, and mimicking adult behaviors, including sexually explicit ones.

55.    These games and virtual worlds are brought to life through developer tools that Roblox designs, controls, and makes available to third parties. These tools, which include scripting capabilities, 3D modeling systems, and other software supply the infrastructure needed to create content for the Roblox platform. Roblox has the power to control the use of these tools. Instead, over the years, the company has given third parties essentially unfettered access to use the tools to build what they want, with no meaningful oversight or safeguards. The results are deplorable.

56.    As early as 2010, Roblox's virtual games had already devolved into hosting and promoting sexually explicit content. Roblox's scripting language, which allows developers to manipulate avatar activity and interactions any way they want, was deployed to create scenarios where avatars engaged in simulated sexual activity.[39]

---

[39] *See, e.g.,* YouTube, *How to Do Roblox Sex Glitch*, https://www.youtube.com/watch?v=Zz97Q1SQE_k; *see also* YouTube, *Roblox Sex?*, https://www.youtube.com/watch?v=hyqCHG6nUYI.

16

COMPLAINT FOR DAMAGES
Case No.

57.    This simulated sexual activity pervades Roblox. There have been numerous reports of children's avatars being raped by other users' avatars. For example, in 2018, a seven-year-old girl's avatar was violently raped by two male avatars *on a playground* in a Roblox experience, which was witnessed by the girl's mother.[40] In describing the aftermath of this traumatic experience, the girl's mother exclaimed, "I never in my wildest dreams would've ever imagined that I would have to talk with my seven-year-old about rape."[41]

58.    Roblox also hosts a staggering number of experiences centered on simulated sexual activity. For instance, children can play in "condo games"—predatory digital environments, including houses, where users can remove their avatars' virtual clothing, revealing nudity, and engage in disturbing simulated sexual activities with other Roblox users.[42] They can also play games like "Public Bathroom Simulator Vibe," which allows access to users as young as nine years old and enables users to simulate sexual activity in virtual bathrooms,[43] as well as virtual strip clubs, where child avatars perform sexually explicit acts, like giving lap dances to patrons.[44]

---

[40] Savannah Levins, *North Carolina Mom Outraged After Roblox Game Depicts Violent Acts, Including Rape*, WFMYNews2 (June 30, 2018), https://www.wfmynews2.com/article/news/local/2-wants-to-know/north-carolina-mom-outraged-after-roblox-game-depicts-violent-acts-including-rape/83-569498171.
[41] *Id.*
[42] EJ Dickson, *Inside the Underground Strip-Club Scene on Kid-Friendly Gaming Site Roblox,* Rolling Stone (Sep. 12, 2021), https://www.rollingstone.com/culture/culture-features/roblox-virtual-strip-clubs-condo-games-sex-1197237/.
[43] Hindenburg Research, *supra* note 1.
[44] Dickson, *supra* note 42.

17

COMPLAINT FOR DAMAGES
Case No.



(Source: Roblox "Public Bathroom Simulator / Game)

*Roblox's Public Bathroom Simulator Game is rated ages nine and up and allows users to simulate sexual activity.*[45]

59.    A recent investigative report also exposed a multitude of other exploitative experiences on Roblox that recklessly trivialize and gamify serious criminal conduct, including rape. The report confirmed that Roblox actively hosted over 600 "Diddy" games, with titles like "Survive Diddy," "Run from Diddy Simulator," and "Diddy Party," which appear to recreate reported incidents involving the music mogul Sean Combs, publicly known as "Diddy." Diddy was recently indicted and is awaiting trial for sex trafficking of minors and other grievous criminal charges regarding allegations surrounding reports about "freak-off" parties—events which, according to multiple lawsuits and media reports, allegedly involved forced drug use, violent assaults, and the sex trafficking of minors, including victims as young as 10 years old.

---

[45] Hindenburg Research, *supra* note 1.

18

COMPLAINT FOR DAMAGES
Case No.



*Examples of Roblox games modeled after Diddy's sex trafficking ventures.*[46]

60.    This report also revealed that Roblox permitted more than 900 Roblox accounts displaying variations of convicted sex trafficker Jeffrey Epstein's name, such as "JeffEpsteinSupporter," whose account Roblox actively permitted to be openly engaged in children's games. Roblox also allowed games like "Escape to Epstein Island"—a title that directly references one of the locations where for years Epstein trafficked minors and other non-consenting individuals so he and others could sexually and physically abuse them.

---

[46] *Id.*

19

COMPLAINT FOR DAMAGES
Case No.



*Example of Roblox game modeled after Jeffrey Epstein's sex trafficking ventures.*[47]

61.    Roblox played a direct role in enabling these rampant, sexually exploitative experiences. Roblox is fully aware that these experiences pervade its app, and it allows them to continue to exist unchecked despite the ability to control or eliminate them. Leaked internal Roblox documents reveal that Roblox monitored this type of content and made decisions such as "[h]ow big of a 'bulge'" was acceptable, and, with the introduction of layered clothing for avatars (*i.e.*, allowing avatars to wear multiple layers of clothing), whether players could be nude.[48] By allowing this type of content to exist and be easily accessible, Roblox directly contributed to the proliferation of games simulating sexual activity, such as condo games and virtual strip clubs.

62.    The effects of these games on children can be devastating. Playing video games with explicit sexual content normalizes exploitative and predatory behavior, blurring the lines of what is acceptable in real life. This is particularly harmful for children, who are still developing their understanding of social norms and morality. When such behavior is depicted as humorous, exciting, or rewarded within a game, young players can internalize the idea that harassment or sexual exploitation is harmless or even acceptable.

---

[47] *Id.*

[48] Joseph Cox & Emanuel Malberg, *Leaked Documents Reveal How Roblox Handles Grooming and Mass Shooting Simulators*, Vice (Aug. 1, 2022), https://www.vice.com/en/article/leaked-documents-how-roblox-moderates-content-mass-shootings-grooming/.

COMPLAINT FOR DAMAGES
Case No.

63.     Studies support this connection. One study found that playing games with sexualized content was linked to increased rates of sexual harassment toward female targets, suggesting that such exposure desensitizes players to the real-world consequences of these actions.[49] Another study showed that playing mature-rated games was associated with higher rates of risky sexual behavior years later, highlighting the long-term impact of exposure to sexualized or exploitative content.[50]

64.     The interactive nature of games amplifies this effect. Unlike passive media, video games require players to actively participate in behaviors, including those that simulate harassment or exploitation, reinforcing the perception that such actions are normal or desirable. This environment not only desensitizes children but also makes them more likely to replicate these actions in real-world interactions.

65.     The dangerous content on Roblox is not limited to online games. The recent investigative report discussed above found that a basic search for "adult" in Roblox revealed a group with 3,334 members "openly trading child pornography and soliciting sexual acts from minors."[51] And tracking these members unearthed additional Roblox groups engaged in the same criminal conduct, including one massive group with 103,000 members.[52] Yet Roblox failed to implement any age restrictions on these criminal groups, deliberately leaving them accessible to all users.[53]

---

[49] Jonathan Burnay, Brad J. Bushman & Frank Larøi, *Effects of Sexualized Video Games on Online Sexual Harassment*, 45 Aggressive Behavior 2, 214 (March/April 2019).
[50] Jay G. Hull et al., *A Longitudinal Study of Risk-Glorifying Video Games and Behavior Deviance*, J. Pers. Soc. Psychol. 2014 August; 107(2): 300–325. doi:10.1037/a0036058.
[51] Hindenburg Research, *supra* note 1.
[52] *Id.*
[53] *Id.*

21

COMPLAINT FOR DAMAGES
Case No.

*Public chat wall for a group named "Adult Studios," where users openly solicited child pornography.*[54]

66.    Roblox has also enabled individuals to create an entire category of pornographic content. Using Roblox's tools and software, users make virtual sex videos between avatars on Roblox. These videos are clearly marked with the .rbxl file extension—Roblox's proprietary file format—establishing that this content was created within the Roblox application. Moreover, on XVideos, a porn website, Roblox users seek out other users to simulate sexual acts within seemingly innocuous games, like Brookhaven, which is one of Roblox's most popular experiences and is available to all users, regardless of age.

---

[54] *Id.*

22
COMPLAINT FOR DAMAGES
Case No.





*This Roblox user advertised their Roblox account on porn website, XVideos, where they had uploaded videos of their avatar having sex with other Roblox users.*[55]

---

[55] *Id.*

23



*Searching "Roblox" on XVideos, a porn website, yields more than 250,000 results.*[56]

*The comment section on a Roblox porn video on XVideos – Brookhaven is one of Roblox's most popular games and is available to users of all ages.*[57]

67.    In sum, the online environment that Roblox hosts and enables contradicts its representations of providing a safe product, demonstrating Roblox's blatant disregard for the safety of its youngest users and revealing the company's prioritization of user engagement over its fundamental duty to protect young users.

---

[56] *Id.*
[57] *Id.*

24
COMPLAINT FOR DAMAGES
Case No.

**2.      Roblox provides a hunting ground for child-sex predators.**

68.      For years, Roblox has served as an online platform of choice for predators seeking to find, groom, abuse, and exploit children. Roblox provides predators with easy access to tens of millions of children and allows these predators to freely move between inappropriate content and popular games to identify and target vulnerable young users. By doing so, Roblox has demonstrated reckless indifference to its fundamental obligation not to create and foster an environment that places children at significant risk of sexual exploitation.

69.      These systematic patterns of exploitation on Roblox follow a predictable and preventable sequence that the company has known about and facilitated for years: a predator misrepresents their age to other users on the app, cosplaying as a fellow child, methodically befriends the vulnerable young victim, and then strategically manipulates the child to move the conversation off Roblox to other apps—often Instagram.

70.      As the recent *Bloomberg Businessweek* article titled *Roblox's Pedophile Problem* put it, "These predators weren't just lurking outside the world's largest virtual playground. They were hanging from the jungle gym, using Roblox to lure kids into sending photographs or developing relationships with them that moved to other online platforms and, eventually, offline."[58]

71.      Roblox, in effect, serves as an initial access point to children for predators. Media reports have repeatedly highlighted that Roblox "is being used as a first point of contact for predators."[59] The children, due to their underdeveloped brains, are more trusting and naïve, and often fail to recognize the danger of providing their usernames on other sites.

72.      Once on another app, like Instagram, predators escalate their exploitation by soliciting explicit material, like nude photos or videos of children doing sexually inappropriate acts, all of which constitute child pornography. And while the ultimate solicitation of explicit photos or other criminal acts may occur on other apps, Roblox serves as the critical facilitator that enables these

---

[58] Carville & D'Anastosio, *supra* note 8.
[59] National Center on Sexual Exploitation, *The Dirty Dozen List '24: Roblox*, https://endsexualexploitation.org/roblox/ (last updated Dec. 4, 2024).

25

COMPLAINT FOR DAMAGES
Case No.

predators to first identify, target, and gain the trust of young victims through its app's design and inadequate safety measures.

73.    Roblox's app and profit-driven virtual currency system enable predators to exploit children, often by trading or extorting Robux in exchange for explicit photos. Predators commonly offer children Robux for these photos or demand Robux to avoid publicly releasing them, directly tying Roblox's profits to the sexual exploitation of children. Roblox's manipulative reward systems and social dynamics, intentionally designed to exploit children's developmental vulnerabilities, create psychological pressures that predators weaponize for extortion.

74.    Despite full awareness of how its app facilitates such exploitation, Roblox continues to profit from these tactics by collecting transaction fees on Robux exchanges. Its reckless indifference to the consequences of its deliberately engineered app mechanics highlights its prioritization of profits over the safety and well-being of its young users.

75.    Roblox enables another pattern of predatory grooming in which predators employ immediate blackmail tactics and the predators make no attempt to ingratiate themselves with the children, but instead threaten them from the outset. The predator will often threaten to post nude photos of others online, but claim that the child victim is the person depicted unless the child complies with the predator's demands. Through its deliberately insufficient monitoring systems, Roblox allows predators to threaten children with false claims about possessing and potentially releasing explicit photos, coercing young victims into complying with criminal demands.

76.    Regardless of how the initial grooming relationship begins, which is often as simple as someone asking the child to be their boyfriend or girlfriend, the predators also often attempt to make in-person contact with the child. The dangerous progression from Roblox's online app to real-world violence reveals the devastating consequences of the company's product. Roblox's app enables predators to escalate from virtual contact to orchestrating physical meetings, leading to harassment, kidnapping, trafficking, violence, and sexual assault of minors, all instances of which these children suffered as a direct result of Roblox's actions.

COMPLAINT FOR DAMAGES
Case No.

77.    Through numerous well-documented and publicized cases, Roblox has long been aware of the systemic exploitation that its app enables and facilitates. For years, countless children have been sexually exploited and abused by predators they met on Roblox.

78.    For example, in 2017, Roblox's app enabled a predator to target an eight-year-old child and solicit explicit photos, prompting one mother to observe that Roblox had created "the perfect place for pedophiles."[60]

79.    In 2018, Roblox's app enabled a predator posing as a child to coerce a nine-year-old girl into performing and filming sexually abusive acts on her four-year-old brother through violent threats, including of death, against her family.[61] That year, 24 men in New Jersey were also charged with soliciting sex from minors as part of a sting operation, where the New Jersey State Police Lieutenant specifically called out Roblox as a place where "individuals are posing as someone else" in order "to gain someone's trust."[62]

80.    In 2019, a Florida predator systematically used Roblox to target children ages 10-12, moving them to Discord to coerce the children into sending him naked pictures of themselves.[63] That year, a man in Wales encouraged 150 children to engage in sexual activity by contacting them through Roblox, where he pretended to be a child and used fake names.[64]

---

[60] Pei-Sze Cheng, Evan Stulberger & Dave Manney, *I-Team: Popular Online Gaming Site for Kids is Breeding Ground for Child Sex Predators, Mother Says*, NBC New York (Apr. 6, 2017), https://www.nbcnewyork.com/news/local/video-game-warning-roblox-child-sex-predator-online-site-investigation-what-to-know/87438/.

[61] Briana Barker, *Internet Safety and Your Children: How Kids are at Risk*, Record-Courier (Mar. 27, 2018), https://www.record-courier.com/story/news/2018/03/27/internet-safety-your-children-how/12899346007/.

[62] *Cop, Firefighter Among 25 Charged in Child Luring Sting*, FOX 13 TAMPA BAY (Sep. 25, 2018), https://www.fox13news.com/news/cop-firefighter-among-24-charged-in-child-luring-sting.

[63] Max Chesnes, *Deputies Say Vero Beach Man Used Popular Video Game Platforms to Target Children*, TC Palm (Aug. 20, 2019), https://www.tcpalm.com/story/news/crime/indian-river-county/2019/08/20/detectives-advise-online-safety-after-vero-beach-man-used-video-game-platforms-target-minors/2059599001/.

[64] Liz Day, *Paedophile Groomed 150 Children to Engage in Sexual Activity Using Online Game Roblox*, Wales Online (May 10, 2019), https://www.walesonline.co.uk/news/wales-news/paedophile-groomed-150-children-engage-16258877.

27

COMPLAINT FOR DAMAGES
Case No.

81. During the pandemic, reports of child sex abuse facilitated by Roblox accelerated. In 2020, for example, Roblox enabled a 47-year-old predator to pose as a teenager, target a 16-year-old girl, move the conversation to Facebook, solicit explicit photos and videos, all of which constituted child pornography,[65] and ultimately traffic her across state lines, raping her multiple times.[66] In Michigan, a man was arrested for persuading an eight-year-old girl to send him videos of herself, in various stages of undress, in exchange for Robux.[67] The perpetrator had been arrested for similar offenses three years earlier and was a registered sex offender in Kansas. This perpetrator was not the only convicted sex offender who was able to freely create accounts on Roblox: in 2021, a convicted sex offender used Roblox to sexually solicit a 12-year-old child.[68] And in 2022, a 33-year-old man groomed a 13-year-old girl on Roblox, transported her from her home in Kansas to his home in Georgia, and raped her multiple times.[69]

82. 2023 was more of the same. For example, a 30-year-old man was arrested for soliciting illicit photos from young victims and authorities reported that he had three separate Roblox accounts.[70] A 27-year-old man was arrested for kidnapping an 11-year-old girl whom he met on Roblox.[71] A 23-year-old New Jersey man, who was a prominent Roblox developer with a known

[65] U.S. Dep't of Justice, *Magnolia Man Gets Life For Exploiting Young Female He Met and Communicated With Via Roblox and Facebook* (Oct. 15, 2020), https://www.justice.gov/usao-sdtx/pr/magnolia-man-gets-life-exploiting-young-female-he-met-and-communicated-roblox-and.
[66] *United States v. McGavitt*, 28 F.4th 571, 578 (5th Cir. 2022).
[67] *Man Arrested for Inappropriate Relationship with 8-Year-Old Bloomfield Twp. Girl Through Roblox*, WXYZ Detroit (Sep. 24, 2020), https://www.wxyz.com/news/man-arrested-for-inappropriate-relationship-with-8-year-old-bloomfield-twp-girl-through-roblox.
[68] Jeff Bonty, *Man Charged With Soliciting Juvenile Through Roblox*, Daily Journal (Jul. 23, 2021), https://www.shawlocal.com/daily-journal/.
[69] Fox 5Atlanta Digital Team, *Clayton County Man Charged with Sex Trafficking, Rape of 13-year-old Girl He Met on Gaming App Roblox*, Fox5 (Mar. 2, 2022), https://www.fox5atlanta.com/news/clayton-county-man-charged-with-sex-trafficking-rape-of-kansas-girl.
[70] City of Fontana Police Department, *Internet Predator Arrested,* Facebook (Dec. 20, 2023), https://www.facebook.com/watch/?v=338311109095057.
[71] *Man Charged in Kidnapping of 11-year-old He Met Through Roblox from Her NJ Home: Police*, ABC7 (Oct. 21, 2023), https://abc7ny.com/roblox-kidnapping-new-jersey-online-grooming/13927383/.

COMPLAINT FOR DAMAGES
Case No.

history of exploiting children via Roblox, was sentenced to 15 years in prison for grooming a 15-year-old girl, transporting her to his house, and sexually abusing her.[72]

83.    Similar incidents continued throughout 2024. For example, a 21-year-old Chilean man was arrested for traveling to the U.S. to meet an underage girl he met on Roblox, where he had "spent several months manipulating and grooming" her.[73] A 21-year-old in California pled guilty for directing a 10-year-old girl, whom he met on Roblox, to disrobe and touch herself.[74] A 64-year-old man admitted to posing as a 13-year-old boy on Roblox, where he met a 12-year-old girl and convinced her to send sexually explicit photos of herself and a young relative.[75] A 29-year-old Michigan befriended and groomed an 11-year-old girl on Roblox by posing as a teenager and then coerced the girl into sending multiple explicit photos of herself.[76] And a 24-year-old man raped a 10-year-old girl he had met on Roblox.[77]

84.    Despite supposed "parental controls" that Roblox implemented in 2024 and 2025, predators continue to enjoy easy access to children on the app, causing devastating harm. For example, in April 2025, a California man was arrested and charged with kidnapping and engaging in

---

[72] U.S. Dep't of Justice, *New Jersey Man Sentenced to 15 Years in Federal Prison After Grooming Minor Online and Transporting Her Across State Lines Via Uber for Sex* (Aug. 30, 2023), https://www.justice.gov/usao-sdin/pr/new-jersey-man-sentenced-15-years-federal-prison-after-grooming-minor-online-and.

[73] Grace Toohey, *Chilean Man Groomed 13-Year-Old Girl He Met on Roblox Before Flying to U.S. to Meet Her, Police Say*, L.A. Times (Aug. 22, 2024), https://www.latimes.com/california/story/2024-08-22/chilean-arrest-roblox-child-exploitation.

[74] Ashley Harting, *Online Predator Who Targeted 10-Year-Old on Roblox Pleads Guilty in Butte County*, KRCR (Sep. 25, 2024), https://krcrtv.com/news/local/online-predator-who-targeted-10-year-old-on-roblox-pleads-guilty-in-butte-county.

[75] Travis Schlepp, *Man, 64, Admits to 'Catfishing' Girl on Roblox, Convincing Her to Send Explicit Images*, KTLA 5 (Jul. 26, 2024), https://ktla.com/news/california/man-64-admits-to-catfishing-girl-on-roblox-convincing-her-to-send-explicit-images/.

[76] Michael Martin, *Roblox Predator: School Staffer Accused of Grooming West Michigan Child for Illicit Photos*, Fox17 West Michigan (Jan. 16, 2025), https://www.fox17online.com/news/local-news/roblox-predator-school-staffer-accused-of-grooming-west-michigan-child-for-illicit-photos.

[77] Martin Robinson, *Roblox Predator Who Raped 10-year-old Girl is Locked Up: Paedophile Who 'Targeted Child He Met on Gaming Platform Is Jailed for Six Years*, Daily Mail (Jan. 17, 2025), https://www.dailymail.co.uk/news/article-14278563/Roblox-predator-raped-10-year-old-girl.html.

29

COMPLAINT FOR DAMAGES
Case No.

unlawful sexual conduct with 10-year-old girl whom he met and communicated with on Roblox.[78] The next month, a 17-year-old Florida teenager was arrested after authorities learned he had been communicating on Roblox with numerous children, some as young as eight years old, over the course of a year and convinced them to send him sexually explicit images of themselves.[79] And just a few days later, a New York man who used Roblox to connect with 11- and 13-year-old girls was arrested and federally charged with enticement and possession of child pornography.[80]

85.    While most predators on Roblox lure children into their grasp by pretending to also be children, many predators do not even hide their intentions, roaming Roblox with usernames like like "@Igruum_minors," "@RavpeTinyK1dsJE," and "@EarlBrianBradley"—a reference to one of the most prolific pedophiles ever, who raped and molested hundreds of children.



*Results from an account search for "earlbrianbradley."*[81]

---

[78] *Elk Grove Man Accused of Kidnapping Kern County Girl He Communicated with on Roblox*, CBS News (Apr. 18, 2025), https://www.cbsnews.com/sacramento/news/elk-grove-man-accused-kidnapping-kern-county-girl-roblox/.

[79] Briana Trujillo, *Ocala 17-Year-Old Convinced Kids to Send Him Sex Abuse Material on Roblox*, NBC (May 2, 2025), https://www.nbcmiami.com/news/local/ocala-17-year-old-convinced-kids-to-send-him-sex-abuse-material-on-roblox-sheriff/3605691/.

[80] U.S. Dep't of Justice, *Fairport Man Who Used Roblox to Attempt to Communicate with Minors for Sex Arrested* (May 6, 2025), https://www.justice.gov/usao-wdny/pr/fairport-man-who-used-roblox-attempt-communicate-minors-sex-arrested.

[81] Hindenburg Research, *supra* note 1.

COMPLAINT FOR DAMAGES
Case No.

86. Roblox's systematic endangerment of children has been publicly condemned by leading advocacy organizations. The National Center on Sexual Exploitation ("NCSE") has consistently named Roblox to its "Dirty Dozen" list—an annual campaign exposing companies that facilitate, enable, or profit from sexual exploitation. The NCSE blasts Roblox for "treat[ing] child protection like a game."[82] According to the NCSE, "[u]ntil basic child protection standards are met, Roblox remains too high risk for kids."[83]

87. Parent reviews of Roblox on sites like *Common Sense Media* also document disturbing incidents of naked avatars, sexting, simulated sexual assault, and adult predators.[84]

88. The harm from this child abuse and exploitation extends beyond the initial victims. Through the design of its app and inadequate safeguards, Roblox has created an abusive ecosystem where former victims—children who were once exploited on Roblox—become teenage perpetrators who then prey upon younger users, making today's victims tomorrow's perpetrators. Indeed, researchers have repeatedly confirmed this victim-victimizer pipeline: when children are exposed to and victimized by sexual content, they are more likely to become desensitized teenagers and adults who then exploit younger users in the same ways.[85] In effect, Roblox contributes to this "raising of" predators who perpetuate the cycle of exploitation.

89. The magnitude of the harm caused by Roblox is devastating. Yet rather than warn parents, Roblox minimizes these dangers through repeated misleading public statements. Roblox's Chief Safety Officer, Matt Kaufman, attempting to deflect attention from serious safety failures, told NPR, "I think we're losing sight of the tens of millions of people where Roblox is an incredibly

---

[82] National Center on Sexual Exploitation, *supra* note 59.
[83] *Id.*
[84] Common Sense Media, *Parent Reviews of Roblox*, https://www.commonsensemedia.org/website-reviews/roblox/user-reviews/adult (last visited Feb. 11, 2025).
[85] James RP Ogloff, Margaret C. Cutajar, Emily Mann & Paul Mullen, *Child Sexual Abuse and Subsequent Offending and Victimisation: A 45 Year Follow-Up Study*, Trends & Issues in Crime & Criminal Justice No. 440 (Jun. 2012), https://www.aic.gov.au/sites/default/files/2020-05/tandi440.pdf; M. Glasser et al., *Cycle of Child Sex Abuse: Links Between Being a Victim and Becoming a Perpetrator*, British J. Psychiatry (2001).

31

enriching part of their life."[86] And while Kaufman publicly claims that "any time anything happens to a child that puts them at risk is one too many,"[87] Roblox simultaneously admitted to investors that it was "unable to prevent all such [inappropriate] interactions from taking place."[88] This calculated contradiction between public messaging and private admissions—telling parents that even one incident is unacceptable while simultaneously acknowledging to investors that abuse is inevitable—exposes Roblox's strategy of prioritizing public relations through hollow and misleading public statements over its fundamental duty to protect children.

**D.      Roblox Knowingly Causes and Facilitates the Sexual Exploitation of Children.**

90.      The reason that Roblox is overrun with harmful content and predators is simple: Roblox prioritizes user growth, revenue, and eventual profits over child safety. For years, Roblox has knowingly prioritized these numbers over the safety of children through the actions it has taken and decisions it has made to increase and monetize users regardless of the consequences.

**1.      Roblox prioritizes growth over child safety.**

91.      From its inception, Roblox has focused on growth above all else, which has meant deliberately targeting, exploiting, and capitalizing on the underdeveloped child market, positioning itself as a place where kids can learn and play games in a safe environment. Recognizing that children have more free time, underdeveloped cognitive functioning, and diminished impulse control, Roblox has exploited their vulnerability to lure them to its app.

92.      Roblox's business model allowed the company to attract significant venture capital funding from big-name investors like Kleiner Perkins and Andreessen Horowitz, putting enormous pressure on the company to prioritize growing and monetizing its users. To do so, Roblox made deliberate decisions that placed children at risk. For example, while other digital platforms (including other video game platforms) verified users' ages and restricted communications between children

---

[86] Scott Tong & James Perkins Mastromarino, *Roblox Chief Safety Officer on New Safety Features, Past Cases of Child Abuse on the Platform*, WBUR (Nov. 18, 2024), https://www.wbur.org/hereandnow/2024/11/18/roblox-safety-features.
[87] *Id.*
[88] Roblox Corp., S-1 (Securities Registration Statement) 24 (Nov. 19, 2020).

COMPLAINT FOR DAMAGES
Case No.

and adults, Roblox did not require age verification and did not restrict communications between children and adults. Similarly, while other digital platforms required children's accounts to be connected to the account of a parent or guardian during set-up, with various parental controls turned on by default, it is easy for children (including very young children) to download and install Roblox without involving an adult. While other platforms implemented reliable, accurate age ratings for games and videos that correctly informed parents about the type of content their children would see, Roblox's deeply flawed "content label" system gave parents a false sense of security, incorrectly labelling graphic sexual and violent games as safe for kids. And while other platforms restricted access if a child fell below a certain age, Roblox welcomed and encouraged children of any age, despite knowing of the significant harms that children routinely experience there. In 2021, riding the explosive growth in users generated by the pandemic and the pandemic-driven enthusiasm for technology stocks, Roblox went public at a valuation of $41 billion, which brought new pressures. To satisfy the scrutiny and demands of public market investors, Roblox, like many unprofitable companies, prioritized rapid growth in revenue and user engagement metrics—like new user acquisition, daily active users, and average hours spent on the app—on the theory that profitability would follow once the business achieved sufficient scale and operating costs decreased as a percentage of revenue.[89]

93.    In pursuit of growth, Roblox deprioritized safety measures even further so that it could report strong numbers to Wall Street. For instance, Roblox executives rejected employee proposals for parental approval requirements that would protect children on the platform.[90] Employees also

---

[89] After listing on the New York Stock Exchange, Roblox CEO David Baszucki told CNBC, "Roblox has been growing for 15 years . . . . That's a long-term growth path, and we believe that continues forward, even after Covid." Ari Levy & Jessica Bursztynsky, *Roblox Jumps to $38 Billion Mark Cap as Public Investors Get Their First Crack at the Popular Kids Game App*, CNBC (Mar. 10, 2021), https://www.cnbc.com/2021/03/10/roblox-rblx-starts-trading-at-64point50-after-direct-listing.html. CFO Michael Guthrie added, "As [Covid] restrictions ease, we expect the rates of growth in 2021 will be well below the rates in 2020, however, we believe we will see absolute growth in most of our core metrics for the full year." *Id.*
[90] Hindenburg Research, *supra* note 1.

33

COMPLAINT FOR DAMAGES
Case No.

reported feeling explicit pressure to avoid any changes that could reduce platform engagement, even when those changes would protect children from predators.[91]

94.    As one former Roblox employee explained, "You're supposed to make sure that your users are safe but then the downside is that, if you're limiting users' engagement, it's hurting our metrics. It's hurting the active users, the time spent on the platform, and in a lot of cases, the leadership doesn't want that."[92] That same employee added, "You have to make a decision, right? You can keep your players safe, but then it would be less of them on the platform. Or you just let them do what they want to do. And then the numbers all look good and investors will be happy."[93]

95.    By limiting safety measures, Roblox not only increased its users but also reduced the company's safety expenses as a percentage of its revenue—a key metric for Wall Steet, which views trust and safety costs as detrimental to Roblox's stock performance. Barclays, for example, identified its "downside case" for Roblox's stock as "additional safety investments due to its younger demographic . . . becom[ing] a drag on [earnings] margins."[94] Barclays also wrote that it viewed increased safety costs as a "negative" in Roblox's quarterly earnings.[95]

96.    During earnings calls for investors, Roblox frequently addresses questions from analysts about how trust and safety expenditures will evolve over time. Roblox's answers reveal that the company is hyper-focused on reducing its trust and safety expenses as a percentage of its revenue, showing that the company is not investing as much proportionally in trust and safety as the company continues to grow and attract millions of additional users.

97.    For example, on Roblox's 2023 fourth quarter earnings call, an analyst praised the "really high level of efficiency" seen in the numbers for infrastructure and trust and safety expenditures and then asked how those figures would evolve over time.[96] In response, Mike Guthrie,

[91] *Id.*
[92] *Id.*
[93] *Id.*
[94] Ross Sandler, Trevor Young & Alex Hughes, *Back on Track Following the 1H Hiccup*, Barclays (Aug. 1, 2024)
[95] Ross Sandler, Trevor Young & Alex Hughes, *Everything Accelerating, Safety & Security a Top Priority*, Barclays (Nov. 1, 2024)
[96] Q4 2023 Earnings Call (Feb. 7, 2024).

34

COMPLAINT FOR DAMAGES
Case No.

Roblox's CFO, emphasized the company's goal of reducing expenses, stating, "cost to serve is the metric that we use and it's the metric that the [infrastructure] team owns . . . *they're working hard to drive that down . . . .* [L]ike you said, it's about 11% now, ultimately with higher efficiency . . . we see that as a high-single-digit number over the next few years."[97] He added, "[W]e still think there's more to do there."[98]

98.    At other times, Guthrie has reassured investors stating, "look for trust and safety [costs] to scale below linear as we grow"[99] and that Roblox was "quite happy with" trust and safety costs growing "at a lower rate than our bookings growth."[100]

99.    Similarly, in the second quarter of 2024, CEO Baszucki highlighted that, "[i]mportantly, our infrastructure and trust and safety expenditures were 8% lower year-on-year."[101]

100.    Once public, Roblox also decided to try to attract more adult users to its app—which it had historically touted as the "#1 gaming site for kids and teens."[102] With the market for underage users near saturation, Roblox shifted its growth strategy to attracting older users.

101.    In its public offering filings, Roblox identified "age demographic expansion" as a key strategy, explaining that it planned to develop experiences and content that appealed to older users.[103] For Roblox, "aging up" had benefits beyond user growth—it was also more profitable. Older users offered a distinct financial advantage. While children spend more hours on Roblox, they do not "monetize" as well because they are more constrained in their ability to spend. In contrast, older users, who "have more direct control over their spend" and "monetize better," are far more lucrative—an outcome that Roblox said it predicted when it started to target older users.[104]

---

[97] *Id.* (emphasis added).
[98] *Id.*
[99] Q4 2022 Earnings Call (Feb. 15, 2023)
[100] Q3 2022 Earnings Cal (Nov. 8, 2023).
[101] Q2 2024 Earnings Call (Aug. 1, 2024).
[102] Roblox, *What Is Roblox*, http://web.archive.org/web/20170227121323/https://www.roblox.com/ (archived Feb. 27, 2017).
[103] Roblox Corp., S-1 (Securities Registration Statement) 7 (Nov. 19, 2020).
[104] Q2 2022 Earnings Call (Aug. 10, 2022).

35

COMPLAINT FOR DAMAGES
Case No.

102.    Roblox's executives repeatedly emphasized their strategy of "aging up" the app to attract older users. At the company's inaugural conference with an investment bank in September 2021, Roblox's CFO, Michael Guthrie, noted that Roblox had achieved "very good penetration of nine to twelve year-olds," and was focused on adding users over the age of 13.[105] One plan was to "improve the search algorithms such that older users were finding older content," or content tailored to their age-related demographic.[106]

103.    And at its annual Developer Conference, CEO David Baszucki encouraged developers to create experiences for older audiences, explaining that Roblox was rolling out features designed to appeal to older users, including use of real names, screen capture and sharing capabilities, video calls, and relaxed chat moderation.[107] These decisions, while framed as growth strategies, reflected Roblox's willingness to compromise safety, creating new vulnerabilities and more dangerous circumstances for children in its pursuit of a more profitable, older user base.

104.    Roblox executives consistently highlighted progress with the company's "aging up" strategy on every quarterly earnings call after this until the second quarter of 2023, when CEO Baszucki declared that Roblox had achieved its goal: "We're no longer talking about aging up. We are a platform for all ages."[108] He also revealed that developers had started to "build specific 17-plus experiences."[109] This progress was praised by Wall Street investment banks, who noted that aged-up experiences were a promising indicator of "potential sustainable growth tailwinds for Roblox," reinforcing the company's pivot toward maximizing profitability.[110]

105.    Despite Roblox's deliberate targeting of older users, it failed to implement any meaningful restrictions on contact between adult and child users or limit the mature content and

[105] Roblox at Goldman Sachs Communicopia Conference (Sep. 9, 2021), https://ir.roblox.com/events-and-presentations/events/event-details/2021/Goldman-Sachs-Communicopia/default.aspx.
[106] Id.
[107] Roblox Developers Conference 2023 Keynote (Sep. 8, 2023), https://www.youtube.com/watch?v=CwLThCghzA4.
[108] Q2 2023 Earnings Call (Aug. 9, 2023).
[109] Q2 2023 Earnings Call (Aug. 9, 2023).
[110] Benjamin Black et al., *Bookings Back on Track*, Deutsche Bank (Nov. 4, 2024).

36

COMPLAINT FOR DAMAGES
Case No.

experiences it solicited from developers to attract older audiences. When asked by an equity research analyst about aged-13-and-up experiences for older users, CEO Baszucki admitted, "I want to highlight right now that *we don't have any only 13 and up experiences*. We have 28% of the top thousand experiences having a majority of 13-plus [users] but *those are still experiences that are open to all ages*."[111] Similarly, despite urging developers to build more mature experiences, Roblox continued to allow users to set up accounts without any type of age verification.[112] Even investors recognized the connection between older users and the increased risks for children, questioning how Roblox planned to prevent inappropriate content from reaching younger users.[113]

106.    Not only did Roblox seek to increase adult users while knowing the risks that strategy posed to children, but it also sought to encourage relationships between users. At Roblox's 2023 Developers Conference, CEO Baszucki revealed Roblox's strategy to facilitate "real-life relationships" between users—*i.e.*, dating. While he deliberately avoided the word "dating," he then announced plans to build a product to support it: "I'm not going to use the D word but subsequent[] real-life relationships is going to happen, okay? And we're going to build a platform to support that."[114]

107.    By the next year, in 2024, Baszucki explicitly acknowledged this strategy. He first acknowledged that online dating is "edgy" but then mocked his own safety team's concerns about the dangers—"the policy and safety team told me [dating and real-life relationships] isn't within our current policy right now"—to which the audience shared in laughter.[115]

108.    In short, for years, Roblox has deliberately sacrificed child protection—a longstanding issue for the company—in pursuit of growth and profit. This systematic subordination

---

[111] Q3 2021 Earnings Call (Nov. 9, 2021) (emphasis added).
[112] Q4 2022 Earnings Call (Feb. 15, 2023).
[113] Q3 2021 Earnings Call, *supra* note 111.
[114] Roblox Developers Conference 2023 Keynote (Sep. 8, 2023), https://www.youtube.com/watch?v=CwLThCghzA4.
[115] Roblox Developers Conference 2024 Keynote (Sep. 6, 2024); https://www.youtube.com/watch?v=HwbcWc2CwnM.

COMPLAINT FOR DAMAGES
Case No.

of child safety to business objectives reflects Roblox's continued choice to maximize its business goals while knowingly exposing children to preventable dangers on its app.

**2.      Roblox facilitates child sexual exploitation through the design of its app, inadequate safety features, and refusal to invest in basic safety protections.**

109.    Roblox's pursuit of growth and profit over child safety is reflected in numerous actions it took and decisions it made related to the design and safety of its app. Had Roblox acted differently, the harm suffered by countless children would not have occurred.

110.    Roblox designed its app so that anyone can easily communicate with children, creating a virtual world where predators can freely target and groom children. Until November 2024, adult strangers could "friend" and chat with children of any age via direct messages and chat with them in an experience through direct messages even if they were not friends. While Roblox offered some adjustable parental controls for users under the age of 13, these children could bypass those controls simply by creating an alternate account falsely identifying as a 13+-year-old user. By designing its app this way, Roblox stripped parents of basic protective options to prevent adult strangers from communicating with their children.

111.    This practice contrasts sharply with other gaming products like Nintendo, which use preprogrammed dialogue options to tightly control user interactions.[116] By adopting a similar approach, Roblox could have significantly reduced—if not eliminated—the grooming and child abuse facilitated by its app because predators would not have been able to solicit any personal information or send any coercive or sexually suggestive messages.

112.    Roblox further endangered children by introducing voice calls in November 2023. Called "Roblox Connect," this virtual call feature allows users to have a conversation through their avatars in real time. Concerns were immediately raised about this feature. For example, one user

---

[116] Carville & D'Anastosio, *supra* note 8.

38

COMPLAINT FOR DAMAGES
Case No.

emphasized, "This is a bad idea Roblox, and especially on your platform because this is where most predators are coming from, and it makes it way easier for predators to prey on children." [117]

113.    As Roblox contemplated and rolled out Roblox Connect, it knew that this feature would drastically increase the risk to children on its app. That is because another company had implemented a similar feature with disastrous consequences. Omegle was a chat website that operated from 2009 to 2023. Omegle allowed users, including children, to engage in anonymous chats with strangers. In March 2010, Omegle introduced a video-chat feature. Despite efforts to monitor for mature and sexual content, the website became infamous for exposing minors to explicit material, predators, and exploitation. Omegle's failure to protect users led to numerous incidents, including criminal cases involving child pornography. In November 2023, the same month Roblox launched Roblox Connect, Omegle announced that it would cease operations. In shutting down, its founder highlighted the site's misuse: "[T]here can be no honest accounting of Omegle without acknowledging that some people misused it, including to commit unspeakably heinous crimes."[118] And he thanked one survivor for "opening my eyes to the human cost of Omegle."[119] Nevertheless, Roblox introduced voice calls the same month that Omegle shut down.

114.    Roblox also refused to implement simple measures that would have protected children using its app. For example, despite having software that can verify the age and identity of new accounts, Roblox instead chose to allow users to create accounts without providing their name or email address—a policy that enables predators to easily create multiple anonymous accounts.

115.    Roblox also failed to implement basic screening measures, such as utilizing the biometric and age verification software it already has in its possession, before allowing users to set up accounts on the app, which would ensure that known predators are not permitted on the app.

[117] Josh Taylor, *Roblox Under Fire After Adding Controversial Voice Call Feature*, Dexerto (Nov. 15, 2023), https://www.dexerto.com/roblox/roblox-under-fire-after-adding-controversial-voice-call-feature-2384564/.
[118] Omegle, https://www.omegle.com/ (last visited Feb. 11, 2025).
[119] *Id.*

COMPLAINT FOR DAMAGES
Case No.

116.    Roblox could have also required children to provide their names and email addresses and obtain parental approval—a fundamental protection against predators—but refused to do so. This decision allowed the company to bypass certain protections that are mandated by federal law and designed to protect children. The Children's Online Privacy Protection Act ("COPPA") prohibits companies like Roblox from collecting, using, or disclosing the personal information of children under 13 without verifiable parental consent. COPPA was enacted because Congress recognized the heightened vulnerability of children on the internet. As the Federal Trade Commission ("FTC") noted, children under 13 lack the capacity to "understand fully the potential serious safety and privacy implications" of sharing their personal information.[120]

117.    The FTC has outlined clear and acceptable methods for obtaining verifiable parental consent. These include: (a) providing a form for parents to sign and return; (b) requiring the use of a credit card or online payment that notifies parents of each transaction; (c) connecting parents to trained personnel via video conference; (d) offering a staffed toll-free number for parental verification; (e) asking knowledge-based questions to confirm identity; or (f) verifying a parent's photo-ID by comparing it to a second photo using facial recognition technology.[121]

118.    Yet instead of implementing safeguards to comply with COPPA, Roblox chose to bypass these protections altogether. Roblox intentionally avoids requesting a name or email address during sign-up to sidestep the requirement of verifiable parental consent. In fact, former employees revealed that Roblox considered requiring verifiable consent, but ultimately resisted its implementation out of fear that such requirements might drive users away.[122] Consequently, creating a Roblox account is alarmingly easy, requiring less than sixty seconds and no meaningful oversight—a choice that prioritizes growth over the safety of its youngest users.[123]

---

[120] Federal Trade Commission, *Privacy Online: A Report to Congress* (1998), https://www.ftc.gov/sites/default/files/documents/reports/privacy-online-report-congress/priv-23a.pdf.
[121] Federal Trade Commission, *Complying with COPPA: Frequently Asked Questions*, July 2020, https://www.ftc.gov/business-guidance/resources/complying-coppa-frequently-asked-questions.
[122] Hindenburg Research, *supra* note 1.
[123] Scott Tong & James Perkins Mastromarino, *Roblox Attempts to Bar Child Predators as Short*

40

COMPLAINT FOR DAMAGES
Case No.

119.    Another easy-to-implement feature that would have improved safety is adding pop-up safety notices within chats and games to warn users about their behavior or the dangerous behavior of others. But Roblox executives also rejected this change.[124]

120.    Additionally, although Roblox knew that predators routinely operate dozens of Roblox accounts at the same time, the company chose not to implement basic blocking of digital identifiers—both the unique network addresses that track internet connections (Internet Protocol or IP addresses) and the permanent hardware identification numbers assigned to devices (Media Access Control or MAC addresses) that could prevent predators from creating multiple accounts.[125]

121.    Similarly, Roblox chose not to require adult users to verify phone numbers—which would create significant barriers to predators creating multiple accounts—despite knowing that this enables bad actors to easily create numerous anonymous accounts to target children.[126]

122.    Roblox also opted not to require users to verify their age by uploading a picture of either their or their parents' ID, a practice that many other applications employ. Doing so would have restricted the content available to young users and prevented predators from easily mispresenting their age, which is often their approach in targeting and grooming children. As one father told the press after seeing other users solicit his avatar for sex, "There is nothing to stop adults going on there and pretending they're kids."[127]

123.    Roblox likewise could have created a separate, gated platform for younger children that excludes adults. By utilizing the facial recognition software it already has, the company could have created a space for young children to enjoy Roblox games with very few, if any, adults present.

---

*Sellers Target the Popular Game Platform*, WBUR (Oct. 21, 2024), https://www.wbur.org/hereandnow/2024/10/21/roblox-child-predators-safety.
[124] Carville & D'Anastosio, *supra* note 8.
[125] *Id.*

[127] Carl Stroud, *Horrified Dad Found Sick Messages from Paedo Predator in His Eight-Year Old Son's Roblox iPad Game*, The Sun (Feb. 15, 2017), https://www.thesun.co.uk/news/2872376/horrified-dad-found-sick-messages-from-paedo-predator-in-his-eight-year-old-sons-roblox-ipad-game/.

41

COMPLAINT FOR DAMAGES
Case No.

Many digital service companies have adopted separate platforms for children of young ages, including (for example) Amazon and Netflix.

124.    Roblox could have placed a higher age rating on its application in the iOS App Store and other app stores to signal to parents that the app presented risks for children. Roblox likewise could have provided clear warnings to parents about the presence of sexual predators on the platform, so that parents could make an informed decision about allowing their child on the platform and/or educate their child on how to stay safe on the platform. Roblox could also have provided clear warnings to children about the presence of sexual predators on the platform, and instructed children on how to stay safe on the platform.

125.    Despite these glaring failures, Roblox aggressively markets and promotes itself as an "industry leader" when it comes to child safety.[128] Central to this self-serving narrative is its "accomplishments" of investing in artificial intelligence ("AI") and machine learning systems supposedly designed to scan and monitor all communications on the app and prevent the sharing of inappropriate content and personally identifiable information.[129]

126.    Yet this technology has proven grossly inadequate and insufficient to protect children. For example, Roblox's filters have inexplicable omissions. While Roblox blocks certain words, like "Snap" and "Snapchat," to supposedly prevent off-app communications, it allows workarounds such as the use of the ghost emoji (👻), which is widely recognized as a symbol for Snapchat, or alternative spellings, like "Snappy" or "apchat." Similarly, while the word "Discord" is blocked, users can bypass this filter by using the disc emoji (💿) or typing variations, like "iscord" or "cord."[130] That Roblox selectively blocks the words "Snap," "Snapchat," and "Discord" reveals that Roblox is fully aware of the dangers of off-app inappropriate communications yet chooses not to

[128] Q1 2021 Earnings Call (May 11, 2021).
[129] Roblox, *Safety Features: Chat, Privacy & Filtering*, https://web.archive.org/web/20240714130904/https://en.help.roblox.com/hc/en-us/articles/203313120-Safety-Features-Chat-Privacy-Filtering (archived Jul. 14, 2024).
[130] Edwin Dorsey, *Problems at Roblox (RBLX) #5*, The Bear Cave (Oct. 17, 2024), https://thebearcave.substack.com/p/problems-at-roblox-rblx-5.

42

COMPLAINT FOR DAMAGES
Case No.

close these loopholes And while Roblox prevents users from sharing phone numbers in numerical format, it does nothing to stop users from spelling out the numbers.[131]

127.    Similarly, while Roblox attempts to block the word "condo," countless external groups on platforms like Reddit and Discord are dedicated to helping users locate new explicit content on Roblox. As soon as Roblox removes one game, its ineffective safeguards allow the same game to be reuploaded almost immediately from a new account, perpetuating the cycle of explicit and harmful content. External groups have capitalized on Roblox's weak moderation by guiding predators to these reuploaded games, with Fast Company easily identifying 150 Discord groups dedicated to exploiting Roblox's lack of robust enforcement.[132]

128.    Beyond Roblox's ineffective technology, the company also employs a woefully inadequate number of human moderators to analyze and manage content on its platform. With only about 3,000 moderators, Roblox pales in comparison to platforms like TikTok, which, despite having only three times the number of users, employs more than ten times the number of moderators at 40,000.[133] Roblox attempts to justify this disparity by claiming "[y]ou really can't judge the quality of these moderation systems by the number of people."[134] But the reality tells a different story. Roblox's moderators, many of them overseas contractors, report being overwhelmed by an unmanageable volume of child safety reports, making it impossible to address all concerns effectively and leaving countless safety issues unresolved.[135]

129.    Even the safety data that Roblox touts is flawed and only underscores the growing dangers created by the company's app. For example, Roblox proudly points to its low percentage of reports to the National Center for Missing and Exploited Children ("NCMEC")—the leading U.S.

---

[131] *Id.*

[132] Burt Helm, Sex, Lies and Video Games: *Inside Roblox's War on Porn*, Fast Company (Aug. 19, 2020), https://www.fastcompany.com/90539906/sex-lies-and-video-games-inside-roblox-war-on-porn.

[133] Carville & D'Anastosio, *supra* note 8.

[134] Scott Tong & James Perkins Mastromarino, *Roblox Chief Safety Officer on New Safety Features, Past Cases of Child Abuse on the Platform*, WBUR (Nov. 18, 2024), https://www.wbur.org/hereandnow/2024/11/18/roblox-safety-features.

[135] Carville & D'Anastosio, *supra* note 8.

43

COMPLAINT FOR DAMAGES
Case No.

nonprofit organization tasked with preventing child exploitation and assisting in the recovery of missing children. Roblox claims that it accounts for less than .04% of reports made to NCMEC.[136] But this data is entirely self-reported and therefore depends on Roblox's ineffective content moderation and safety team. This self-reported data to NCMEC—flawed and limited as it is—also reveals a disturbing trend: Roblox's reports about suspected child sexual exploitation have surged over the years, from 675 reports in 2019 to 13,316 reports in 2023.[137]

130.    Roblox also boasts that just "0.0063% of [its] total content was flagged for violating" policies. But Roblox itself controls the systems responsible for identifying and flagging violative content.[138] These lower percentages are thus a reflection not of safety but of Roblox's ability to minimize the appearance of problems through its own inadequate reporting and enforcement mechanisms. By hiding behind self-serving metrics and refusing to take meaningful action, Roblox has fostered an environment where children are subjected to irreparable harm while the company continues to reap financial rewards.

131.    The very existence of Roblox's trust and safety "data" on inappropriate communications to train its AI systems contradicts its claim that "one is too many" when it comes to the sexual exploitation of children. This data exists only because countless instances of abuse, exploitation, and predatory interactions have already occurred. Roblox's reliance on this data to train its AI systems exposes the reality that its so-called safety measures are not designed to prevent these atrocities but to react to them after the damage has been done. Instead of creating a secure

---

[136] Scott Tong & James Perkins Mastromarino, *Roblox Attempts to Bar Child Predators as Short Sellers Target the Popular Game Platform*, WBUR (Oct. 21, 2024), https://www.wbur.org/hereandnow/2024/10/21/roblox-child-predators-safety.
[137] National Center for Missing & Exploited Children, *2019 CyberTipline Reports by Electronic Services Providers (ESP)*, https://www.missingkids.org/content/dam/missingkids/pdfs/2019-reports-by-esp.pdf; *see also* National Center for Missing & Exploited Children, 2023 CyberTipline Reports by Electronic Services Providers (ESP), https://www.missingkids.org/content/dam/missingkids/pdfs/2023-reports-by-esp.pdf.
[138] Vikki Blake, *Roblox Reported Over 13,000 Incidents to the National Center for Missing and Exploited Children in 2023*, GamesIndustry.biz (Jul. 23, 2024), https://www.gamesindustry.biz/roblox-reported-over-13000-incidents-to-the-national-center-for-missing-and-exploited-children-in-2023.

44

COMPLAINT FOR DAMAGES
Case No.

environment where such harm never occurs and ensuring that such interactions never happen in the first place, Roblox uses the suffering and trauma of children as the foundation for its trust and safety systems. This cycle underscores the company's prioritization of optics over genuine protection, leaving its youngest users at the mercy of its neglect.

132.    Roblox's own developers even admit that Roblox is unsafe for children. [139] Online forum discussion posts are replete with developers writing that they would not allow their own children to use the platform, citing pervasive issues with Roblox's child safety policies. Many of these posts highlight the platform's systemic failures and suggest straightforward changes Roblox could implement to create a safer environment but has consistently ignored—for example:

    a.  "Unfortunately, it is worse now due to Roblox's moderation being so abysmal and Roblox being a far more widespread platform. Creeps flock aplenty when before the creep: kid ratio was much much lower . . . . Roblox has no interest in actually fixing the issues so long as the bad press doesn't end up viral."[140]

    b.  "No. Roblox is not safe for children. The amount of NSFW [Not Safe for Work] I see on this platform on a daily basis is unbelievable. I'm surprised COPPA hasn't taken any action."[141]

    c.  "I believe they need to automatically rate these games for older audiences, if not, you know, removing them entirely. I could keep going on about this issue, but it's just beating a dead horse at this point."[142]

    d.  "Roblox got banned for bad moderation; Turkey banned it to 'protect children,' and they are not wrong. The amount of visits from 10 of these games is, in summary, 100 million+. I don't want to know how many of these children have seen nudity or even

---

[139] Edwin Dorsey, *Problems at Roblox (RBLX) #5*, The Bear Cave (Oct. 17, 2024), https://thebearcave.substack.com/p/problems-at-roblox-rblx-5.
[140] *Id.*
[141] *Id.*
[142] *Id.*

45

COMPLAINT FOR DAMAGES
Case No.

developed a p*rn addiction. But that is a big problem with Roblox doing almost nothing to prevent it."[143]

133.    These statements, coming from individuals familiar with Roblox's operations, paint a picture of an environment rife with neglect, where harmful content flourishes, predators thrive, and Roblox repeatedly fails to act—even in the face of widespread and urgent warnings.

**3.      Roblox's recent safety changes are woefully inadequate and fail to address years of neglect and harm caused by its app.**

134.    After years of mounting pressure, Roblox recently announced changes to its child safety features. These changes were prompted not by the years of police reports and widespread media coverage but by a scathing report published by a well-known short seller accusing the platform of being a "pedophile hellscape for kids." [144] Released on October 8, 2024, the report sparked public outrage, detailing many of the issues described above that Roblox had long ignored.

135.    A little more than a month later, Roblox announced a series of changes, including permanently removing the ability to message others outside of games on its app for under 13-year-old users;[145] giving parents a separate dashboard where they can monitor a child's Roblox account, view the child's friend list, set spending control, and manage screen time;[146] preventing games from using chalkboard writings where people could get around the censoring of communications;[147] and implementing restrictions to stop under 13-year-old users from accessing new Roblox games that are awaiting maturity ratings.[148]

---

[143] *Id.*
[144] Hindenburg Research, *supra* note 1.
[145] *Roblox Tightens Messaging Rules for Under-13 Users Amid Abuse Concerns*, Reuters (Nov. 18, 2024), https://www.reuters.com/technology/roblox-tightens-messaging-rules-under-13-users-amid-abuse-concerns-2024-11-18/.
[146] Robert Booth, *Roblox to Give Parents More Control Over Children's Activity After Warnings Over Grooming*, The Guardian, (Nov. 18, 2024), https://www.theguardian.com/technology/2024/nov/18/roblox-to-hand-parents-more-control-over-their-childrens-activity.
[147] *Id.*
[148] *Id.*

COMPLAINT FOR DAMAGES
Case No.

136.    These changes could all have been implemented years ago. None of them involve any new or groundbreaking technology. Roblox only moved forward when its stock was threatened.

137.    And these changes are little more than window dressing—too little, too late, and woefully inadequate. Most fundamentally, Roblox *still allows* adults to contact and message children. Roblox only banned user-to-user messaging for users under the age of 13 *outside of games*. Predators can still message children on public chats while playing games; indeed, Roblox has left child predators' blueprint for finding children on the application intact since predators have always found children by playing games they know that children will frequent.

138.    Roblox also failed to address core issues like the app's lack of age verification and refusal to require parental consent to make an account. The restrictions described above work only if children correctly state their age during sign-up. Any child can easily bypass them—including parental controls and limits on messaging—by lying about their birthday. Roblox likewise did not commit to hiring more moderators or increasing its trust and safety budget, nor did it implement any sort of identity check to prevent registered sex offenders from making accounts.

139.    In fact, recently, in April 2025, a research firm in the U.K. demonstrated just how easy it still is for predators to find children and move the conversation to another application, such as Snapchat or Discord, despite Roblox's ban on direct messaging with users under the age of 13.[149] Because Roblox still allows adult users to message children *in games*, predators can use the public chat functions in games to groom child users and ask for their usernames on other platforms. And, for chat within games, Roblox's default settings for children under the age of 13 is to allow "everyone" to chat with these children, seamlessly facilitating predators' access to children.[150] The key findings from this report included that "[a]dults and children can chat with no obvious

---

[149] Revealing Reality, *A Digital Playground: The Real Guide to Roblox* (Apr. 13, 2025), https://think.revealingreality.co.uk/roblox-real-guide.
[150] Parental Controls Overview, Roblox, https://en.help.roblox.com/hc/en-us/articles/30428310121620-Parental-Controls-Overview (last accessed May 10, 2025).

COMPLAINT FOR DAMAGES
Case No.

supervision" and that "[t]he safety controls that exist are limited in their effectiveness and there are still significant risks for children on the platform."[151]



*In April 2025, a research agency demonstrated how easy it was for a 42-year-old account to find a five-year-old user on Roblox and get the child to move the conversation to Snapchat.*[152]

140.    Just as Roblox rolled out these changes, it simultaneously introduced a new "Parties" feature in an attempt to counteract any potential loss in user engagement.[153] Because Roblox knew that users often turned to other apps like Discord to communicate while playing video games and because Roblox knew that its safety changes would reduce key user engagement metrics, it sought to capture that traffic (and revenue) and replace any loss of engagement with the Parties feature. While the Parties feature is currently available only for users aged 13 and older, such limitations are hollow without robust age verification. And the fact that Roblox has stated that it is exploring making such a feature available to younger users demonstrates that, far from prioritizing safety, Roblox's real focus is protecting its bottom-line.[154]

141.    Roblox has also engaged in a deceptive public relations campaign using ostensibly independent online safety organizations to influence the narrative around these changes. For instance,

---

[151] Revealing Reality, *supra* note 149.
[152] *Id.*
[153] Rebecca Ruiz, *Roblox's New Party Feature Makes Discord Obsolete*, Mashable (Dec. 2, 2024), https://mashable.com/article/roblox-party-discord.
[154] *Id.*

COMPLAINT FOR DAMAGES
Case No.

Roblox has leveraged its ties to groups like the Family Online Safety Institute ("FOSI"). An online parenting magazine favorably quoted Stephen Balkam, FOSI's CEO, as endorsing Roblox's new features as a win for child safety.[155] What the article omitted, however, is that Roblox's own Vice President of Civility and Partnerships, Tami Bhaumik, serves as FOSI's board chair—an obvious conflict of interest.[156] This calculated relationship exposes how Roblox manipulates public perception by using seemingly independent safety organizations as mouthpieces to shape the narrative in its favor.



*Stephen Balkam's LinkedIn post revealing his connection to Roblox in a post praising Roblox's changes.*[157]

---

[155] Anna Halkidis, *What Roblox's Latest Changes Mean for Your Kids' Online Safety*, Parents (Nov. 18, 2024), https://www.parents.com/roblox-new-parental-controls-8747405.
[156] *FOSI Welcomes Roblox Vice President as New Board Chair*, FOSI (Oct. 12, 2022), https://www.fosi.org/about-press/fosi-welcomes-roblox-vice-president-as-new-board-chair.
[157] LinkedIn, Stephen Balkam's Post, https://www.linkedin.com/posts/stephenbalkam_what-robloxs-latest-changes-mean-for-your-activity-7264409332950220801-WCDF (last visited Jan. 6, 2025).

COMPLAINT FOR DAMAGES
Case No.

142.    Most recently, in April 2025, Roblox repeated this same deceptive playbook of bragging about new safety features that, in reality, are glaringly deficient. This update included three new features: first, allowing parents to block children from playing specific games; second, granting parents the power to block people on their child's friends list; and third, giving parents visibility into the games that their child spends the most time in.[158]

143.    None of these parental controls address the underlying deficiency with Roblox that facilitates grooming and predation on children—adult access to and communication with children. Without allowing parents to see who their child is messaging and what the messages say, parents lack the information necessary to determine which accounts to block on their child's friend list. A list of the top twenty games that a child plays does not tell a parent which games children are interacting with adults in. Moreover, blocking specific games is ineffective when, as discussed above, inappropriate games are re-posted as soon as they are taken down. Indeed, barely a week later, the U.K. research firm discussed above demonstrated just how easy it is for adults to continue to find children, groom them, and then move the communications off Roblox, even after Roblox announced these safety updates.[159]

144.    And, yet again, all of these controls could have been introduced *years ago*, as none are facilitated by previously unavailable technology.

145.    Roblox's deceptive playbook would not be complete without a misleading public relations campaign, where industry-funded safety "experts" praise Roblox's safety update. For example, Roblox's press release announcing these updates quotes Larry Magid, the CEO of ConnectSafely, as saying, "Roblox has consistently provided parents with tools that enable their children to enjoy the platform, while helping protect them against online risks. These new friend- and experience-blocking tools provide parents with even more ways to help ensure their children are

---

[158] Matt Kaufman, *New Tools for Parents to Personalize Their Child's Experience on Roblox*, ROBLOX (Apr. 2, 2025), https://corp.roblox.com/newsroom/2025/04/new-parental-controls-on-roblox.
[159] Revealing Reality, *supra* note 149.

COMPLAINT FOR DAMAGES
Case No.

using it safely. Safety, fun, and adventure are not mutually exclusive."[160] What the press release did not say is that ConnectSafely—a non-profit ostensibly focused on educating people about internet safety—is funded by tech companies and lists Roblox as one of its "supporters."[161]



*ConnectSafely's list of supporters on its website.*

146.    A few weeks later, Magid was quoted again in praise of Roblox, this time in a *Newsweek* article championing Roblox as a "trusted playground" for kids: "I would put them very high up on the list of companies that seem to care. They actually have a vice president of civility. It's unheard of to have somebody at that level of the company that focuses on civility. They really work very hard to make it a friendly, comfortable, civil environment for young people."[162] Again, this article made no mention of Magid's organization's financial ties to Roblox.

FOSI CEO Stephen Balkam was also quoted in the *Newsweek* piece, claiming that Roblox was "top-of-class" for its safety features and even repeating Roblox's own party line that safety is "part of [Roblox's] DNA."[163] Again, this article omitted FOSI's ties to Roblox, financial and otherwise, thereby deceptively pushing a narrative of Roblox as a "safe" application for kids.

---

[160] Matt Kaufman, *New Tools for Parents to Personalize Their Child's Experience on Roblox*.
[161] ConnectSafely, *Supporters*, https://connectsafely.org/about-us/supporters/ (last accessed May 10, 2025).
[162] Katherine Fung, *How Roblox Became a Trusted Playground for Millions of Kids*, Newsweek (Apr. 23, 2025), https://www.newsweek.com/how-roblox-became-trusted-playground-millions-kids-2057601.
[163] *Id.*

COMPLAINT FOR DAMAGES
Case No.

## V.    FACTUAL ALLEGATIONS AS TO META

### A.    Meta Offers a Communications App Called Instagram That It Markets to Children.

147.    Instagram is a free communications app, founded in 2010, that allows users to post photos and videos, follow accounts, interact with others' posts, and send private messages to other users via voice, video, photos, and text. This last private message feature is known as "Instagram Direct" or direct messaging.[164] Instagram Direct is a "space for you to connect and collaborate over shared interests with friends."[165] Users can use message effects and send vanishing messages.[166]

148.    Instagram is owned by Meta Platforms, which also owns other social media platforms like Facebook and WhatsApp.[167] In 2023, Instagram was the most downloaded app in the world.[168]

149.    Instagram is "especially popular among teens — they use it to capture special moments, express themselves, relate to one another and carry on conversations in a fun way — using photos, videos, filters, comments, captions, emojis and hashtags."[169] CEO Mark Zuckerberg testified to the Senate that "[e]very day, teenagers and young people go online to stay connected to their friends and family, find community, and get support. Teens do amazing things on our services. They

---

[164] *Spark Conversations With Friends in Your Instagram DMs*, Instagram, https://about.instagram.com/features/direct (last visited June 20, 2025).
[165] *Id.*
[166] *Id.*
[167] *Technologies That Build the Future of Human Connection*, Meta, https://www.meta.com/technologies/?srsltid=AfmBOoqOvpF_BnGNfqYZNsjyV3eOkpiRtcIw9oHg8f6LGgZ79gOzcqSs (last visited Aug. 6, 2025).
[168] Eleanor Olcott, *Instagram Overtakes TikTok in App Downloads in Race for New Users*, Financial Times (Mar. 7, 2024), https://www.ft.com/content/7db1c1b3-5a61-4dee-a922-ade8b9c77522.
[169] *A Parent and Guardian's Guide to Instagram*, Instagram 8, https://scontent-sjc3-1.xx.fbcdn.net/v/t39.8562-6/10000000_135331025861966_4300202006327911532_n.pdf?_nc_cat=105&ccb=1-7&_nc_sid=e280be&_nc_ohc=yXq-c0nHi3kQ7kNvwF_ODpI&_nc_oc=Admw8YDW1ZyVfMq6LMTUsAUbIyyFID63TQeLtscMtCz2SWYPiJvNVoY20__Rpx_M7kzl5m--qaHRN9sSK6mQH8O-&_nc_zt=14&_nc_ht=scontent-sjc3-1.xx&_nc_gid=xAd_zHoeS6Yxlq0DGMaG-Q&oh=00_AfWt-dxiR-lcQIboJ8nIaSFPbh3V1Ke7O1Zv7tC_VfMyCg&oe=68994DAE (last visited June 20, 2025).

COMPLAINT FOR DAMAGES
Case No.

use our apps to feel more connected, informed, and entertained, as well as to express themselves, create things, and explore their interests."[170]

150.    In 2022, Instagram was estimated to have 16.7 million users under 18.[171] In 2023, almost half of children ages 13 to 17 used Instagram at least once a day.[172]

151.    Instagram's popularity with teenage children drives Meta's business. In a June 2018 internal document called "State of Teens, June 2018" Meta noted that the company's overall success with teens in Western markets "is entirely from Instagram and WhatsApp."[173] In an April 2021 presentation entitled "Opportunity for US Teens (Messaging)," Meta employees observed that "Instagram has strong fit with Teens," and that although teen usage had "softened," direct messaging "has become a major driver of [Instagram] engagement, particularly for US Teens," since "US Teens have ~3X more Direct sessions than Adults." [174] 49% of US Teen sessions include using Direct.[175]

152.    Instagram's popularity with teens is the result of intentional targeting. In 2016, an internal email to Adam Mosseri, the head of Instagram, noted that the "overall goal remains total teen time spent . . . with some specific efforts (Instagram) taking on tighter focused goals like U.S. teen total time spent."[176] In a 2018 email, Meta's focus was summarized as "'the young ones are the best ones.' You want to bring people to your service young and early."[177] And Instagram has been focused

---

[170] *Big Tech and the Online Child Sexual Exploitation Crisis: Hearing Before the S. Comm. on the Judiciary,* 118th Cong. 3 (2024).

[171] Amanda Raffoul, et al., *Social Media Platforms Generate Billions of Dollars in Revenue from U.S. Youth: Findings from a Simulated Revenue Model*, PLOS ONE 1, 4 (2023).

[172] *Teens and Social Media Fact Sheet*, Pew Rsch. Ctr. (Jan. 5, 2024), https://www.pewresearch.org/internet/fact-sheet/teens-and-social-media-fact-sheet/?tabItem=26288fdf-8b5e-4076-97e4-84f6ce9ecbf7.

[173] *New Mexico v. Meta Platforms, Inc. et al.*, No. 1:23-cv-01115-MIS-KK (D. N.M. Jan. 19, 2024), Dkt. 36-1 at ¶ 296 n.97, https://www.documentcloud.org/documents/23571647-tier2_teen_ir_0618/ (last visited July 1, 2025) (Amended Complaint).

[174] Opportunity for US Teens (Messaging), *FTC v. Meta Platforms, Inc.*, No. 1:20-cv-03590-JEB (D.D.C.) (Defendant's Exhibit DX-606), https://ftcvmeta.app.box.com/s/b8m39toze8ucgmj93jjssjtp0k0w97qz/file/1862525377859 (last visited Aug. 8, 2025).

[175] *Id.*

[176] *New Mexico v. Meta Platforms, Inc. et al.*, No. 1:23-cv-01115-MIS-KK (D. N.M. Jan. 19, 2024), Dkt. 36-1 at ¶ 296 (Amended Complaint).

[177] *Id.*

53

COMPLAINT FOR DAMAGES
Case No.

on developing features for teens emphasizing privacy features, including "spaces within the app where teens feel like they have privacy both from their own parents but also privacy from non-peers."[178]

153.    At Instagram's founding, users were not asked for their birthdays. Only in 2019 did Instagram start asking people for their birthday upon registration.[179] But even so, Instagram does not verify the ages of new users,[180] even though it acknowledges that children "may lie about their age."[181]

154.    In 2023, Meta claimed it now required age verification for Instagram users through submitting a video selfie (which AI would use to determine the user's age) or a form of identification.[182] Instagram also claimed it was verifying user ages when it launched a new setting

---

[178] *Id.* at ¶ 357.

[179] *Teen Safety & Well-Being Milestones*, Instagram, https://about.instagram.com/en-us/file/1618700395139818/Instagram-Teen-Safety-Milestones.pdf/ (last visited June 20, 2025).

[180] *Tech Platforms Used by Online Child Sexual Abuse Offenders*, PROTECT CHILDREN 17 (Feb. 2024), https://bd9606b6-40f8-4128-b03a-9282bdcfff0f.usrfiles.com/ugd/bd9606_0d8ae7365a8f4bfc977d8e7aeb2a1e1a.pdf.

[181] *Introducing Instagram Teen Accounts: Built-In Protections for Teens, Peace of Mind for Parents*, Meta (Sept. 17, 2024), https://about.fb.com/news/2024/09/instagram-teen-accounts/.

[182] Bobby Allyn, *Instagram Makes All Teen Accounts Private, in a Highly Scrutinized Push for Child Safety*, NPR (Sept. 17, 2024), https://www.npr.org/2024/09/17/g-s1-23181/instagram-teen-accounts-private-meta-child-safety#:~:text=Meta%20has%20partnered%20with%20the,in%20the%20teen%20protected%20settings.

54

COMPLAINT FOR DAMAGES
Case No.

called Teen Accounts in 2024, which is detailed below.[183] But researchers creating test Teen Accounts from January to April 2025 registered using only self-reported birthdates.[184]

*Instagram*

Sign up to see photos and videos
from your friends.

**f** Log in with Facebook

OR

Mobile Number or Email

Password

Full Name

Username

People who use our service may have uploaded
your contact information to Instagram. Learn
More

By signing up, you agree to our Terms , Privacy
Policy and Cookies Policy .

**Sign up**

Have an account?
Log in

*Instagram Sign-Up Screen*

155.    Instagram quietly withdrew age verification technologies on Teen Accounts in March 2025 because it "didn't work as well as we'd hoped," and is testing a new approach.[185] Not until early 2026 will it begin testing technology to proactively find accounts belonging to teens that list adult birthdays.[186] However, accurate age verification is possible and has been implemented successfully by other sites. For example, adult-oriented sites like OnlyFans impose strict age verification; researchers observed no Child Sexual Abuse Material (CSAM) activity on those platforms.[187] And Instagram itself claims to use an ID upload, video selfie, or mutual friend

---

[183] *Introducing Instagram Teen Accounts*, *supra* note 181.
[184] *Is Instagram Now Safe for Teens?*, 5Rights Foundation, 5 (Apr. 2025), https://5rightsfoundation.com/wp-content/uploads/2025/04/TeenAccounts_Case-Study_Final.pdf.
[185] *Introducing Instagram Teen Accounts*, *supra* note 181.
[186] *Id.*
[187] Daniel Thiel, Renee DiResta & Alex Stamos, *Cross-Platform Dynamics of Self-Generated*

55

COMPLAINT FOR DAMAGES
Case No.

verification to verify the ages of individuals, but only in very select situations, for example, those who attempt to change their birthday from under 18 to over 18, or those whose accounts are flagged and confirmed by Meta's review as underage.[188] That Instagram has the technology, but has declined to use it for new signups, indicates that the lack of age verification is not a matter of technological complexity but a matter of trying to sign new users up at all costs.

156.    Instagram's Terms of Use prohibit children under thirteen years old from joining the platform.[189] As detailed above, Instagram does not verify its users' identities or ages, so underage users proliferate on Instagram. A Pew Survey in 2020 found that 11% of parents with children aged nine through eleven reported that their child uses Instagram.[190]

157.    Instagram knows that millions of its users are under the age of 13. Internal charts showed that Meta tracked the percentage of eleven- and twelve-year-olds using Instagram daily.[191] Instagram was also aware that its age models were failing to detect underage users. A November 2020 presentation on Age Assurance concluded that Meta's "age models" were "[n]ot very accurate, not globally resilient and not globally operational," with "uniquely poor efficacy on [Instagram]."[192] In January 2021, Meta acknowledged internally that "[s]tated age only identifies 47% of minors on [Instagram]. The majority of minors lie when stating their age."[193] The company also concluded that "99% of disabled groomers do not state their age . . . The lack of stated age is strongly correlated to

_CSAM_, Stanford Internet Observatory 3 (June 7, 2023), https://stacks.stanford.edu/file/druid:jd797tp7663/20230606-sio-sg-csam-report.pdf.
[188] _Big Tech and the Online Child Sexual Exploitation Crisis: Hearing Before the S. Comm. on the Judiciary,_ 118th Cong. 3 (2024).
[189] _Terms of Use_, Instagram, https://help.instagram.com/581066165581870?helpref=faq_content (last visited July 1, 2025).
[190] Katherine Schaeffer, _7 Facts About Americans and Instagram_, Pew Rsch. Ctr. (Oct. 7, 2021), https://www.pewresearch.org/short-reads/2021/10/07/7-facts-about-americans-and-instagram/.
[191] Natasha Singer, _At Meta, Millions of Underage Users Were an 'Open Secret,' States Say_, N.Y. Times (Nov. 25, 2023), https://www.nytimes.com/2023/11/25/technology/instagram-meta-children-privacy.html#:~:text=The%20DealBook%20Newsletter%20Our%20columnist,attorneys%20general%20of%2033%20states.
[192] _New Mexico v. Meta Platforms, Inc. et al._, _supra_ note 176 at ¶ 236.
[193] _Id._ at ¶ 238.

COMPLAINT FOR DAMAGES
Case No.

IIC [inappropriate interactions with children] violators."[194] In November 2021, Mosseri acknowledged internally that "[t]weens want access to Instagram, and they lie about their age to get it now." [195] Yet the next month, he testified to the contrary to the Senate: "If a child is under the age of 13, they are not permitted on Instagram."[196]

158.    Even in public, Instagram has demonstrated its awareness that underage children are on the platform. At an online event hosted by Adam Mosseri in 2021, Instagram influencer Jojo Siwa openly talked about having fans and followers under thirteen and wanting to make content for them, because they are drawn to the "bright, quick nature of content in Instagram."[197] She confessed to having been on the platform since she was eight, to which Mosseri responded, "I don't want to hear it."[198]

159.    Instagram knows the danger posed to underage children on the platform, noting the risk of "inappropriate/harmful content and experiences for minors."[199]

160.    Yet Instagram rejected its employees' requests for support to identify and remove underage users from the platform. A July 2020 document titled "Child Safety – State of Play (7/20)" noted that even though Instagram only collected stated ages for 67% of its users, "[i]n March it was decided that we would not build a classifier to detect minors under 13 years old . . . We need leadership support to push product to act on knowledge we already have, i.e., clear our backlogs, disable verified [underage users under thirteen], build an [under eighteen] checkpoint to review minors who have been reported on 18+ products."[200]

---

[194] *Id.*

[195] Singer, *supra* note 191.

[196] *Id.*

[197] Georgia Wells & Jeff Horwitz, *Facebook's Effort to Attract Preteens Goes Beyond Instagram Kids, Documents Show*, WALL STREET J. (Sep. 28, 2021), https://www.wsj.com/tech/facebook-instagram-kids-tweens-attract-11632849667?gaa_at=eafs&gaa_n=ASWzDAh4GTVeL9Qhu9qpo82V_1rBN_V3CIA0rBAUBRWVWP_tpDhvBptQnlfC&gaa_ts=68530553&gaa_sig=Tg-xK2gpI90oiaKt8oljb4LQETgHI4GTUp0bGsxOqLdN3Kw-srigxQFI53xL4NkiXZJjjstDy8z-RukFFM3VFQ%3D%3D.

[198] *Id.*

[199] *New Mexico v. Meta Platforms, Inc. et al.*, *supra* note 165 at ¶ 236.

[200] *Id.* at ¶ 274.

57

161. The employee added: "We need leadership support to convince [Instagram] leadership to collect age for the remaining users for whom we have no stated age. We also would like leadership sign off to conduct an audit of special protections for minors and then bring in a trusted expert/group of experts to review our default settings and protections for minors, identify improvements . . . and implement them."[201]

162. Yet even when underage users are flagged for Instagram's attention, the company has done little to disable those accounts. Instagram has "disabled only a fraction" of the more than 1.1 million reports of underage child accounts it has received since early 2019.[202] Internal emails reveal employees asking why the company hadn't deleted four accounts belonging to a twelve-year-old, despite requests and complaints from the girl's mother.[203]

163. In May 2021, at least 2.5 million accounts flagged as potentially underage were awaiting review, with employees waiting for approval to increase the number of human reviewers so they could "burn down the backlog."[204]

164. In reality, Instagram wants pre-teens to use their product, and has taken steps to target pre-teen users. The Wall Street Journal reported that Meta "formed a team to study preteens, set a three-year goal to create more products for them and commissioned strategy papers about the long-term business opportunities presented by these potential users" even though these children are ostensibly prohibited from using Meta's products.[205]

165. Instagram had even been developing a version of the app for children but paused development, claiming it needed more time to talk to parents, experts, and lawmakers,[206] indicating that it is not truly invested in developing a safe version of the app for children.

---

[201] *New Mexico v. Meta Platforms, Inc. et al.*, *supra* note 176 at ¶ 275.
[202] Singer, *supra* note 191.
[203] *Id.*
[204] *New Mexico v. Meta Platforms, Inc. et al.*, *supra* note 176 at ¶ 239.
[205] Wells & Horwitz, *supra* note 197.
[206] *Id.*

COMPLAINT FOR DAMAGES
Case No.

### B.     Instagram Assures Parents with False Promises of Safety

166.     Instagram's Child Sexual Exploitation, Abuse, and Nudity Policies assert that Instagram does not "allow content or activity that sexually exploits or endangers children."[207] Similarly, the Instagram Community Guidelines insist: "We have zero tolerance when it comes to sharing sexual content involving minors."[208] Indeed, Meta has been promising to protect minors from predators since 2007, when state attorneys general sounded the alarm about Facebook.[209] Meta has made these promises repeatedly through the years.

167.     In an April 2020 SEC filing, Meta claimed it uses "sophisticated technology and other techniques not only to detect child exploitation imagery and remove it, but also to detect and prevent grooming or potentially inappropriate interactions between a minor and an adult."[210]

168.     In February 2021, Instagram claimed that, with regard to the sharing of child sex abuse material (CSAM), "one victim of this horrible crime is one too many."[211]

169.     In October 2021, Meta CEO Mark Zuckerberg posted that "it's very important to me that everything we build is safe and good for kids . . . technology companies should build experiences that meet their needs while also keeping them safe. We're deeply committed to doing industry-leading work in this area."[212]

---

[207] *Child Sexual Exploitation, Abuse, and Nudity*, Meta, https://transparency.meta.com/policies/community-standards/child-sexual-exploitation-abuse-nudity (last visited June 20, 2025).

[208] *Instagram Community Guidelines*, Meta, https://www.facebook.com/help/instagram/477434105621119 (last visited July 1, 2025).

[209] Mike Isaac & Natasha Singer, *Instagram, Facing Pressure Over Child Safety Online, Unveils Sweeping Changes*, N.Y. Times (Sept. 18, 2024), https://www.nytimes.com/2024/09/17/technology/instagram-teens-safety-privacy-changes.html.

[210] *Facebook, Inc. Proxy Statement (Schedule 14A)* 79 (Apr. 10, 2020), https://www.sec.gov/Archives/edgar/data/1326801/000132680120000037/facebook2020definitiveprox.htm.

[211] Antigone Davis, *Preventing Child Exploitation on Our Apps*, Meta (Feb. 23, 2021), https://about.fb.com/news/2021/02/preventing-child-exploitation-on-our-apps/.

[212] Mark Zuckerberg, Facebook (Oct. 5, 2021), https://www.facebook.com/zuck/posts/10113961365418581.

COMPLAINT FOR DAMAGES
Case No.

170. Meta does not live up to these promises and continues to make false assurances of safety in the face of allegations of CSAM, grooming, and sex trafficking that are facilitated by Instagram.

171. In 2023, in response to a Guardian article titled "How Facebook and Instagram became marketplaces for child sex trafficking," a Meta spokesperson stated: "The exploitation of children is a horrific crime – we don't allow it and we work aggressively to fight it on and off our platforms."[213]

172. In response to New York Times reporting of several high-profile incidents of CSAM trading and grooming, Instagram claimed in 2024 that it "use[s] technology to prevent potentially suspicious accounts from interacting with teen accounts and accounts that predominantly feature minors, as well as from finding each other, and we're continuing to expand this technology."[214]

173. In September 2024, after years of criticism from lawmakers and child advocacy groups about Instagram's impact on child safety and mental health, Instagram launched a setting called Teen Accounts.[215] This setting was supposed to "reassure parents that teens are having safe experiences" and "give [parents] peace of mind."[216]

174. Teen Accounts are supposed to make accounts of children under 16 private by default when the user signs up.[217] This means the child user must grant access to other users for them to access the child's posts and message the child.[218] Teen Accounts are also supposed to require parental permission to change settings, and to limit direct messaging to accounts the child follows or is already

---

[213] Katie McQue & Mei-Ling McNamara, *How Facebook and Instagram Became Marketplaces for Child Sex Trafficking*, Guardian (Apr. 27, 2023), https://www.theguardian.com/news/2023/apr/27/how-facebook-and-instagram-became-marketplaces-for-child-sex-trafficking.

[214] Jennifer Valentino-DeVries & Michael H. Keller, *The Men Who Use Instagram to Groom Child Influencers*, N.Y. Times (Dec. 30, 2024), https://www.nytimes.com/2024/12/30/us/child-influencers-photographers-abuse.html.

[215] *Introducing Instagram Teen Accounts: Built-In Protections for Teens, Peace of Mind for Parents*, Instagram (Sept. 17, 2024), https://about.instagram.com/blog/announcements/instagram-teen-accounts (last visited Aug. 8, 2025).

[216] *Id.*

[217] *Id.*

[218] *Id.*

COMPLAINT FOR DAMAGES
Case No.

connected to.[219] Nonetheless, it is unclear whether these messaging controls are on or off by default. Instagram's parent guide indicates that the child "can choose to receive messages only from people who follow them," but that by default, those messages are still delivered to the message requests folder.[220] And although parents can see who their children have messaged (but only within the past seven days), they cannot read the messages.[221]

175.    Teen Accounts have several important limitations that fail to protect children. According to Instagram's Parent Guide, children who already have public accounts—i.e., accounts that allow anyone with an Instagram account to see their posts and interact with them—are just periodically shown a "notification highlighting the benefits of a private account and explaining how to change their privacy settings."[222] Their accounts are not made private automatically.

176.    Instagram restricts adults from sending messages from teens who don't follow them.[223] However, to determine who is an "adult," Instagram feature relies on the age that individuals self-reported when registering for Instagram, or by using "machine learning technology" to predict the individual's age.[224] These methods of detecting who is an adult are inaccurate, and allows individuals who lie about their age to message teens who don't follow them.

177.    For adults that a child is already connected to on Instagram, Instagram just sends an alert to the child asking if the child knows this person in real life if its algorithm detects the adult as suspicious—for example, if the adult user sends "a large amount of friend or message requests to people under 18."[225]

178.    Most importantly, for Teen Accounts to be activated at sign-up, the child must accurately report their age, even though, as described above, Instagram is aware that children lie about their age.

---

[219] Instagram, *Introducing Instagram Teen Accounts*, *supra* note 215.
[220] Instagram, *A Parent and Guardian's Guide to Instagram*, *supra* note 169.
[221] Instagram, *Introducing Instagram Teen Accounts*, *supra* note 215.
[222] Instagram, *A Parent and Guardian's Guide to Instagram*, *supra* note 169.
[223] *Id.*
[224] *Id.*
[225] *Id.*

COMPLAINT FOR DAMAGES
Case No.

179. Research using test Teens Accounts reveals that the setting hasn't solved key safety issues. For example, Teen Accounts were still recommended adult-owned accounts.[226] Also, Teen Accounts does not search for and remove underage users (those under 13) from the platform.[227]

**C.     In Reality, Instagram Is a Digital and Real-life Nightmare for Children.**

**1.     Instagram hosts and promotes dangerous and illegal sexual content of children.**

180. CSAM proliferates on Instagram's platform. Stanford researchers easily found 500-1,000 Instagram accounts trading CSAM with like and view counts as high as in the thousands, just by using search terms and hashtags.[228]

181. A 2021 internal Meta presentation estimated that every day, 100,000 children received online sexual harassment like pictures of adult genitalia on its platforms.[229]

182. In 2022, Instagram reported over 5 million instances of content depicting child sexual abuse and exploitation,[230] and Meta reported 7.6 million incidents in the third quarter of 2023.[231]

---

[226] 5Rights Foundation, *supra* note 184.
[227] Isaac & Singer, *supra* note209.
[228] Thiel, DiResta & Stamos, *supra* note 187 at 7-8.
[229] *New Mexico v. Meta Platforms, Inc. et al.*, *supra* note 176 at ¶ 174(l).
[230] *2022 CyberTipline Reports by Electronic Service Providers (ESP)*, Nat'l Ctr. for Missing & Exploited Children 4 (2022), https://www.missingkids.org/content/dam/missingkids/pdfs/2022-reports-by-esp.pdf.
[231] Gabby Miller, *Backgrounder: US Senate Judiciary Committee to Grill Tech CEOs on Child Safet*y, Tech Policy Press (Jan. 24, 2024), https://www.techpolicy.press/backgrounder-senate-judiciary-committee-child-safety/.

COMPLAINT FOR DAMAGES
Case No.

*Numerous Instagram accounts found by New Mexico Attorney General investigators openly trading CSAM. "Cheese pizza" shares initials with child pornography and is a proxy for that term.*[232]

**2.    Instagram provides a hunting ground for child-sex predators.**

183.    Predators themselves admit that Instagram is a go-to app for them for finding and sharing CSAM. In February 2024, a nonprofit called Protect Children released a report investigating platforms used by online child sexual abuse offenders, which contained survey data from anonymous individuals searching for CSAM on the dark web. When asked where they search, view, or share CSAM, and on what platforms they contact children, Instagram was the most frequently mentioned social media platform.[233] Based on the results of this survey, the report found an "unmistakable

---

[232] *New Mexico v. Meta Platforms, Inc. et al.*, *supra* note 176 at Figure 3.

[233] Protect Children, *supra* note 180 at 11.

63

COMPLAINT FOR DAMAGES
Case No.

overlap" between "the platforms most used for viewing and sharing CSAM and the platforms most popular among children and young people."[234] Unsurprisingly, Instagram was involved in 37% of all grooming cases in England & Wales in Q1 2020.[235] One predator criticized social media for "normalizing child exploitation," and continued to use Instagram to share images of minors even after he was arrested.[236]

184.    In 2024, the National Center for Missing and Exploited Children reported that Instagram was now the most popular platform for predators to connect with children for sextortion—the term to describe how predators coerce and manipulate victims into sharing sexually explicit photos, then threatening to expose those photos to friends and family unless the victims continue to comply with the predator's demands.[237]

185.    NSPCC, the leading U.K. children's charity, similarly found in 2019 that Instagram had become the leading platform for child grooming in the U.K., also emphasizing that there was a 200% rise in recorded instances of predators using Instagram to target and abuse children.[238]

186.    Instagram's functionality and algorithm creates a breeding ground for predators to connect with children. An internal Meta report shared with Meta executives in June 2019 demonstrated that 7% of the "follow" recommendations that Instagram provided to all adult users were minors.[239] A June 2019 internal presentation demonstrated that this number was even higher for adult groomers, where minors made up 27% of follow recommendations to adult groomers.[240]

---

[234] *Id.*

[235] *Id.* at 17.

[236] Valentino-DeVries & Keller, *supra* note 214.

[237] Cynthia Gould, *Instagram Identified as Primary Platform in Rising Sextortion Cases Among Young Males*, ABC News (Sep. 3, 2024), https://abc3340.com/news/local/instagram-identified-as-primary-platform-in-rising-sextortion-cases-among-young-males-social-media-crime.

[238] Zak Doffman, *Instagram The Worst As Social Media Slammed As 'A Gateway For Child Abuse,'* Forbes (Mar. 1, 2019), https://www.forbes.com/sites/zakdoffman/2019/03/01/surge-of-200-in-use-of-instagram-to-target-and-abuse-children/.

[239] Riley Griffin & Kurt Wagner, *Instagram Urged 'Groomers' Connect With Minors, FTC Says*, Bloomberg (May 6, 2025), https://www.bloomberg.com/news/articles/2025-05-06/instagram-urged-groomers-to-connect-with-minors-ftc-says.

[240] *Id.*

64

COMPLAINT FOR DAMAGES
Case No.

### 3.    Instagram and Roblox in tandem facilitate child sexual exploitation.

187.    Predators on Roblox often move children to other platforms, including Instagram. For example, in early 2022, a Roblox game developer began chatting with a fifteen-year-old girl on Roblox, who he then moved to Instagram to continue talking.[241] He bought one of the drawings she posted, and they exchanged hundreds of messages on the platform, culminating in paying her $1,000 to bring her to him by Uber.[242] On each of these platforms, the predator groomed the fifteen-year-old girl. On Roblox, their avatars had held hands and embraced in Boyfriend and Girlfriend T-shirts; on Instagram, he told her he was in love with her and that "sex is a beautiful thing."[243] He assured her that she was not too young for intimacy and told her: "I want to see you really badly, the only way this is going to work is if you listen to me."[244]

188.    Instagram's lack of safeguards leaves children unprotected in these cases. Because Instagram's penalties for violating its community standards are levied on accounts, not users or devices, predators can easily evade enforcement by making multiple linked accounts, which they can then use to connect with various children they've lured over after meeting on Roblox.[245]

189.    Even if predators' accounts are blocked, they can easily make new accounts. Indeed, CSAM posters regularly list handles of "backup" accounts so they can just continue posting.[246] Instagram has not implemented basic blocking of digital identifiers—both the unique network addresses that track internet connections (Internet Protocol or IP addresses) and the permanent hardware identification numbers assigned to devices (Media Access Control or MAC addresses) that could prevent predators from creating multiple accounts. Even so, Instagram inaccurately claims that

---

[241] Olivia Carville & Ceilia D'Anastasio, *Roblox's Pedophile Problem*, Bloomberg (July 23, 2024), https://www.bloomberg.com/features/2024-roblox-pedophile-problem/.
[242] *Id.*
[243] *Id.*
[244] *Id.*
[245] Jeff Horwitz & Katherine Blunt, *Instagram Connects Vast Pedophile Network*, Wall Street J. (June 7, 2023), https://www.wsj.com/tech/instagram-vast-pedophile-network-4ab7189.
[246] *Id.*

COMPLAINT FOR DAMAGES
Case No.

it "take[s] severe action when we become aware of people engaging in sextortion: we remove their account, [and] take steps to prevent them from creating new ones."[247]

190. Moreover, the ability to create multiple linked accounts allows predators to create accounts that they can then provide to children. These accounts are then used to communicate with children outside of Roblox.

### D. Instagram Knowingly Causes and Facilitates the Sexual Exploitation of Children.

191. Like Roblox, Instagram is overrun with harmful content and predators because the company prioritizes growth, revenue, and eventual profits over child safety. For years, Instagram has knowingly prioritized these numbers over the safety of children through the actions it has taken and decisions it has made to increase and monetize users regardless of the consequences.

#### 1. Instagram prioritizes growth over the safety of children.

192. Through numerous well-documented and publicized cases, Instagram has long been aware of the grooming it facilitates.

193. In 2014, a New Jersey man was arrested by federal authorities for eliciting and receiving CSAM through Instagram.[248] In 2019, two men were jailed in the UK for using Instagram to groom children for sexual contact.[249] In 2021, a Texas man was sentenced to federal prison for posing as a 15-year-old boy on Instagram and enticing a young girl to send him sexually explicit photos and videos, including images of her engaging in self-harm.[250] In 2022, a 15-year-old was

---

[247] *New Tools to Help Protect Against Sextortion and Intimate Image Abuse*, Instagram (Apr. 11, 2024), https://about.instagram.com/blog/announcements/new-tools-to-help-protect-against-sextortion-and-intimate-image-abuse.

[248] *Cape May County, N.J., Man Charged with Receiving Images of Child Sexual Abuse Via Instagram*, U.S. Dep't of Justice (July 16, 2014), https://www.justice.gov/usao-nj/pr/cape-may-county-nj-man-charged-receiving-images-child-sexual-abuse-instagram.

[249] Zak Doffman, *Instagram The Worst As Social Media Slammed As 'A Gateway For Child Abuse,'* Forbes (Mar. 1, 2019), https://www.forbes.com/sites/zakdoffman/2019/03/01/surge-of-200-in-use-of-instagram-to-target-and-abuse-children/.

[250] *Texas Man Sentenced for Sexually Exploiting Indiana Child Through Instagram*, U.S. Dep't of Justice (Oct. 21, 2021), https://www.justice.gov/usao-sdin/pr/texas-man-sentenced-sexually-exploiting-indiana-child-through-instagram.

COMPLAINT FOR DAMAGES
Case No.

kidnapped and brought to Mexico after talking to a man for months on Instagram, where he had solicited graphic images from her for months and said that he would impregnate her.[251] That same year, a New Mexico man was arrested for raping and impregnating a child under the age of 13, and kept messaging his victims from jail using Instagram.[252]

194.    Similar incidents occurred in 2024. That summer, a man was arrested for using Instagram to solicit, advertise, and distribute sexually explicit images of high school girls.[253] A few months later, a man in Texas was sentenced to federal prison for using Instagram to convince two children to create and send sexually explicit material of themselves, threatening to post the images online if they failed to comply.[254] In September 2024, a University of Alabama student was sentenced to prison for using Instagram to sextort children.[255]

195.    2025 was no different. In February, a man was sentenced to federal prison after soliciting sexually explicit images from a fourteen-year-old girl on Instagram and making plans to meet up for sexual activity, arranging to pick the girl up from her high school or the local mall.[256] In April, a Portland man was sentenced to federal prison for using Instagram to entice children to send

---

[251] Jeff Horwitz & Katherine Blunt, *A 'Recipe for Disaster': Insiders Warned Meta's Privacy Push Would Shield Child Predators*, Wall Street J. (Dec. 22, 2023), https://www.wsj.com/tech/encryption-instagram-facebook-messages-a89ebe07?gaa_at=eafs&gaa_n=ASWzDAgUktOrjkRt3oLahtCJ2jFs8vLXzzHspUvYXeG23NkFz_9I8qiZT1wl&gaa_ts=685206cf&gaa_sig=1MOZJWiNwnMDEde9TPJesyGvx508wlBt3WjaNYnmo-B-lWQPztUnkRkbcfeDwWqTj0dTrbT_sGelWY2yYFuqVQ%3D%3D.

[252] Annalisa Pardo, *Family of Victim Says Guthrie Is Messaging Victims from Behind Bars*, KRQE News (July 15, 2022), https://www.krqe.com/news/crime/family-of-victim-says-guthrie-is-messaging-victims-from-behind-bars/.

[253] *Sylmar Man Arrested for Allegedly Using Instagram to Advertise and Distribute Child Sexual Abuse Material and to Commit Sextortion*, U.S. Dep't of Justice (July 2, 2024), https://www.justice.gov/usao-cdca/pr/sylmar-man-arrested-allegedly-using-instagram-advertise-and-distribute-child-sexual.

[254] *Texas Man Sentenced to 11 Years in Prison for Sextortion of Maine Children He Met on Instagram*, U.S. Dep't of Justice (Dec. 4, 2024), https://www.justice.gov/usao-me/pr/texas-man-sentenced-11-years-prison-sextortion-maine-children-he-met-instagram.

[255] Gould, *supra* note 237.

[256] *Reston Predator Sentenced to 19 Years in Prison for Sexually Exploiting Minors*, U.S. Dep't of Justice (Feb. 27, 2025), https://www.justice.gov/usao-edva/pr/reston-predator-sentenced-19-years-prison-sexually-exploiting-minors.

COMPLAINT FOR DAMAGES
Case No.

him sexually explicit images of themselves.[257] A month later, a registered sex offender was also sentenced to federal prison for using Instagram to solicit child pornography.[258] A federal prosecutor in that case warned: "Every parent should know that social media apps like Instagram are not safe spaces for young children and are often hunting grounds for predators who seek gratification from their exploitation."[259] That same month, a Maryland man pled guilty to using Instagram to extort sexually explicit images from young girls.[260] A month after that, a Yakima man who posed as a minor on Instagram to solicit explicit pictures and videos of children, including one involving a child under the age of six, was sentenced to 22 years in federal prison.[261] In announcing the sentence, a federal prosecutor concluded: "While Social media companies are posting record profits; far too many families are coping with the devastating impact of online exploitation. Social media companies like . . . Instagram have the responsibility to do more to ensure their products do not endanger the most vulnerable members of our communities."[262]

196.    Instagram's internal discussions spanning over many years also reveal its awareness of the dangers its platform poses to children.

197.    In May 2018, Meta's Head of Integrity, Guy Rosen, warned that Instagram was "behind" in fighting harmful content, including child exploitation, and suggested this posed a risk to younger users.[263] After relaying his concerns to Mark Zuckerberg in February 2019, Rosen concluded

---

[257] *Portland Man Sentenced to 10 Years in Federal Prison for Using Instagram to Sexually Exploit Children Online*, U.S. Dep't of Justice (Apr. 4, 2025), https://www.justice.gov/usao-or/pr/portland-man-sentenced-10-years-federal-prison-using-instagram-sexually-exploit-children.

[258] *Registered Sex Offender Sentenced to 12 Years in Federal Prison for Using Instagram to Prey on Minors*, U.S. Dep't of Justice (May 6, 2025), https://www.justice.gov/usao-sdin/pr/registered-sex-offender-sentenced-12-years-federal-prison-using-instagram-prey-minors.

[259] *Id.*

[260] *Silver Spring Man Pleads Guilty to "Sextortion" of More Than 100 Minors Located Throughout the United States and Abroad*, U.S. Dep't of Justice (May 21, 2025), https://www.justice.gov/usao-md/pr/silver-spring-man-pleads-guilty-sextortion-more-100-minors-located-throughout-united.

[261] *Yakima Man Who Used Snapchat and Instagram to Solicit Minors Sentenced to 22 Years in Federal Prison*, U.S. Dep't of Justice (June 3, 2025), https://www.justice.gov/usao-edwa/pr/yakima-man-who-used-snapchat-and-instagram-solicit-minors-sentenced-22-years-federal.

[262] *Id.*

[263] Griffin & Wagner, *supra* note 239.

68

COMPLAINT FOR DAMAGES
Case No.

the lack of resource allocation "was deliberate," because Mark Zuckerberg didn't think Instagram needed as many resources as Facebook.[264]

198.    An internal planning document from 2019 acknowledged Instagram's integrity team was understaffed relative to the scope and importance of the work, and that because of those limitations, the team would "not be doing major proactive work" in areas like sexual solicitation and child exploitation.[265]

199.    Internal documents provided to the Wall Street Journal found that the company was trying to cut down costs of addressing user reporting of content by adding "friction that reduces the number of spurious user reports we receive," but that they "may have moved the needle too far on adding friction."[266] These documents also describe Meta's new experiment to categorize certain reports as being low value because they are unlikely to violate policies as "a very blunt instrument" and that "we're saying not so much that we think we're making the right decision as that we think there's minimal harm to the platform and to people from making an ignore decision."[267] This document reflects Meta's disregard for the safety of its users, particularly children, and desire to prioritize the growth of its app and lowering costs over safety.

200.    An internal document showed Meta "scrambling in 2020 to address an Apple executive whose twelve-year-old was solicited on the platform."[268] Employees asked if there was a timeline for when "we'll stop adults from messaging minors on [Instagram] direct."[269]

201.    According to a September 2020 email, an internal report found that "prevalence of 'sex talk' to minors is 38X on [Instagram] Direct," and urged Meta to add more protections to Instagram accounts.[270]

---

[264] *Id.*
[265] *Id.*
[266] *Internal Meta Document provided to the Wall Street Journal*, Wall Street J., https://s.wsj.net/public/resources/documents/metacostscontrols.pdf (last visited August 8, 2025).
[267] *Id.*
[268] *New Mexico v. Meta Platforms, Inc. et al., supra* 176 at ¶ 215.
[269] *Id.*
[270] *Id.* at ¶ 278.

COMPLAINT FOR DAMAGES
Case No.

202.    In 2021, a Meta consultant (and former Director of Engineering) reported to Meta's CEO, Mark Zuckerberg, that one in eight Instagram users under the age of sixteen had experienced unwanted sexual advances in just a seven-day period.[271] This report received no reply.[272]

203.    A March 2021 Meta presentation on Child Safety, in its "[Instagram]-specific challenges" section, noted that Meta is "underinvested in minor sexualization on [Instagram], notable on sexualized comments on content posted by minors. Not only is this a terrible experience for creators and bystanders, it's also a vector for bad actors to identify and connect with one another."[273]

204.    Despite knowledge that its platform facilitates grooming, and various alarms sounded by its own employees, Instagram deliberately continued to under-invest in keeping children safe.

205.    Other social media companies have implemented more protections for children than Instagram. For example, Tik Tok disabled direct messages for younger teens in 2021.[274]

206.    The developer of the technology that Meta uses to identify harmful content determined that Meta could be investing more to develop better tools, and that their lack of investment in this space is "fundamentally, not a technological problem, but one of corporate priorities."[275]

207.    Today, Instagram boasts two billion monthly active users.[276] As described above, Instagram is a key driver of Meta's popularity among children.

208.    A primary reason for investors' interest in Instagram is its user engagement, putting enormous pressure on the company to prioritize growing user engagement above all else. Because Instagram is free, its revenue stems almost entirely from advertising. Instagram was projected to

---

[271] Jeff Horwitz, *His Job Was to Make Instagram Safe for Teens. His 14-Year-Old Showed Him What the App Was Really Like*, Wall Street J. (Nov. 2, 2023), https://www.wsj.com/tech/instagram-facebook-teens-harassment-safety-5d991be1.

[272] *Id.*

[273] *New Mexico v. Meta Platforms, Inc. et al., supra* 176 at ¶ 281.

[274] Isaac & Singer, *supra* note 209.

[275] McQue & McNamara, *supra* note213.

[276] Stacy Jo Dixon, *Instagram – Statistics & Facts*, Statista (June 3, 2025), https://www.statista.com/topics/1882/instagram/.

COMPLAINT FOR DAMAGES
Case No.

make over half of Meta's overall ad revenue in 2025,[277] and ad revenue comprises almost all of Meta's total revenue.[278] Growing user engagement enables advertisers to deliver more impressions to users, making more money for Instagram. As such, Meta tracks metrics like daily active people (DAP) and ad impressions for its platforms.[279] And teens are a key source of advertising revenue, with advertisers even able to target teenagers by ZIP code and gender.[280] A Harvard study found that teens generate nearly $11 billion in advertising revenue for platforms.[281]

209.    Instagram's growth strategy has focused on a user-centric approach that prioritizes user preferences over child safety. In practice, that has resulted in Instagram elevating the privacy of its users over protecting children in order to attract as many users to its app as possible. For example, Instagram does not require individuals to enter their real names when registering for an account, ensuring that predators will continue to flock to Instagram because they can remain anonymous.

210.    Instagram even prioritizes user privacy over child safety with a feature it recently added to supposedly allow parents to monitor their children's Instagram's use, through Teen Accounts.[282] While this feature permits parents to monitor some of their children's activity on Instagram, it prohibits parents from accessing the most important information on their accounts—the contents of their messages. By putting children in charge of this parental feature, Instagram seeks to preserve growth of this key demographic.

---

[277] *Instagram to Make Up More Than Half of Meta's US Ad Revenue in 2025, Report Shows*, Reuters (Dec. 18, 2024), https://www.reuters.com/technology/instagram-make-up-more-than-half-metas-us-ad-revenue-2025-report-shows-2024-12-18/.

[278] *Meta Reports Fourth Quarter and Full Year 2024 Results*, Meta (January 29, 2025), https://investor.atmeta.com/investor-news/press-release-details/2025/Meta-Reports-Fourth-Quarter-and-Full-Year-2024-Results/.

[279] *Id.*

[280] *About Advertising to Teens Using Instagram Boost*, Instagram, https://help.instagram.com/1215568106044738/?helpref=related_articles (last visited June 30, 2025).

[281] Raffoul, et al., *supra* note 171 at 1.

[282] *Introducing Instagram Teen Accounts*, *supra* note 215.

71

COMPLAINT FOR DAMAGES
Case No.

211.    In pursuit of growth, Instagram has also chosen not to implement easy measures that would protect children but stunt user growth, such as age verification to ensure that children under thirteen cannot create accounts and that adults cannot misrepresent their age to children.

### 2.    Instagram facilitates child sexual exploitation through the design of its app, inadequate safety features, and refusal to invest in basic safety protections.

212.    Stanford researchers found that, compared to other social media platforms, CSAM prevalence on Instagram is "particularly severe," with Instagram being the most important platform for these networks of buyers and sellers of CSAM.[283] Researchers attributed this to Instagram's "content-discovery features, the ways topics are recommended and how much the platform relies on search and links between accounts."[284]

213.    Instagram allows users to search for terms its algorithms identified as associated with illegal material; when faced with a pop-up warning that the results could "contain images of child sexual abuse," the screen still allowed users to "see results anyway."[285] This feature was only removed after the Wall Street Journal questioned the practice.[286]



*Instagram pop-up warning that the results were likely CSAM but allowing the users to "see results anyway."*

[283] Thiel, DiResta & Stamos, *supra* note 187 at 2,7.
[284] Horwitz & Blunt, *supra* note 245.
[285] Thiel, DiResta & Stamos, *supra* note 187 at 7.
[286] Horwitz & Blunt, *supra* note 245.

72

COMPLAINT FOR DAMAGES
Case No.

214. And even when Instagram blocked searches for a file transfer service used to transmit CSAM, Instagram's AI-driven hashtags tried to help users find the material anyway by recommending users try variations with "boys" and "CP," a well-known abbreviation for "child pornography," appended to the search term.[287] Similarly, even though Instagram searches for Lolita generated an Instagram warning flagging potential child sexual abuse, the algorithm suggested alternative terms like "lolitta girls."[288]

215. One of the researchers, who had once worked for Meta on security and safety issues, concluded, "you have to put guardrails in place for something that growth-intensive to still be nominally safe, and Instagram hasn't."[289]

216. Meta has known its Instagram features facilitate grooming since 2018. That year, Guy Rosen, Head of Integrity, concluded that "both [Facebook] & [Instagram] are discovery services, not just communication services," and that without action "they are basically massive 'victim discovery services.'"[290]

217. Even when CSAM accounts are flagged by users, Instagram fails to address those reports. For example, when a user reported the Instagram account of a girl appearing to sell underage-sex content, including a post that stated, "this teen is ready for you pervs," Instagram responded with an automated message: "Because of the high volume of reports we receive, our team hasn't been able to review this post." [291]

218. Another report of a "scantily clad young girl with a graphically sexual caption" was not removed because the post "does not go against [Instagram's] Community Guidelines," and Instagram suggested the user just hide that account.[292] In response to questions, a Meta spokesperson blamed the mishandling on a software glitch and the company's moderation staff. [293]

---

[287] Horwitz & Blunt, *supra* note 245.
[288] *New Mexico v. Meta Platforms, Inc. et al.*, *supra* note 176 at ¶ 100.
[289] Horwitz & Blunt, *supra* note 245.
[290] *New Mexico v. Meta Platforms, Inc. et al.*, *supra* note 176 at ¶ 267.
[291] Horwitz & Blunt, *supra* note 245.
[292] *Id.*
[293] *Id.*

73

COMPLAINT FOR DAMAGES
Case No.

219.    In 2023, investigators with the New Mexico Attorney General's office easily "found and were recommended" numerous CSAM images on Instagram.[294] Even when they reported the content, it was still available later, reappeared later, or Meta recommended alternative CSAM.[295]

220.    Instagram only removes "unambiguously vile material," and leaves up other grooming behavior, like adults "flooding the comments section on a teenager's posts with kiss emojis or posting pictures of kids in their underwear, inviting their followers to 'see more' in a private Facebook Messenger group."[296]

221.    Despite telling users that the high volume of reporting made it difficult to respond to every request, Meta announced a "year of efficiency" in 2023 and laid off about 200 content moderators, members of Instagram's well-being group, as well as more than 100 positions related to trust, integrity, and responsibility.[297] Meta's choices to gut content moderation and safety teams have ensured that

222.    Instagram's new changes will only make it even harder to protect children. In December 2023, it announced the roll-out of End-to-End Encryption of direct messages, making it harder for law enforcement to access evidence of crime and impeding police investigations.[298] According to Meta's former head of youth policy, the team had rejected recommendations to exempt Instagram child accounts from encryption, both "to avoid potential liability for what happened to teenagers on its platforms and because it would require staff to continue to spend time and resources dealing with problematic behavior."[299]

---

[294] *New Mexico v. Meta Platforms, Inc. et al.*, *supra* note 176 at ¶ 79.
[295] *Id.* at ¶ 90.
[296] Horwitz, *supra* note 271.
[297] Hayden Field & Jonathan Vanian, *Tech Layoffs Ravage the Teams That Fight Online Misinformation and Hate Speech*, CNBC (May 27 2023), https://www.cnbc.com/2023/05/26/tech-companies-are-laying-off-their-ethics-and-safety-teams-.html.
[298] Lily Hay Newman, *Why It Took Meta 7 Years to Turn on End-to-End Encryption for All Chats*, Wired (Dec. 7, 2023), https://www.wired.com/story/meta-messenger-instagram-end-to-end-encryption/.
[299] Horwitz & Blunt, *supra* note 245.

COMPLAINT FOR DAMAGES
Case No.

223.    So far, Meta's strategy to limit reporting and uncovering of crime related to child exploitation has worked. The National Center for Missing and Exploited Children reported that a steep decline in reports of suspected exploitation was attributable almost entirely to Meta, who reported 6.9 million fewer incidents in 2024 than in the previous year.[300] Experts at the National Center for Missing and Exploited Children attribute the drop in Meta's reports "almost entirely due to instituting end-to-end encryption," because end-to-end encryption severely handicaps the ability of law enforcement and tech companies to detect crime on their platforms and intervene.[301]

## VI.    PLAINTIFF-SPECIFIC ALLEGATIONS

224.    Minor Plaintiff is a 13-year-old girl who was an avid Roblox user prior to meeting a predator on Roblox. Prior to meeting a predator on Roblox, she had never used Instagram, but that changed after the predator directed her to create an Instagram account. Through Defendants' apps, which enabled and facilitated this predator's crimes, the predator was able to repeatedly sexually exploit Minor Plaintiff, forcing her and her family to move and causing Minor Plaintiff psychological harm from which she may never recover.

225.    When Minor Plaintiff was 8 years old, she started using Roblox. At the time, Plaintiff's Mother had previously observed Minor Plaintiff's cousins playing on Roblox, and observed that the style of the avatars and the user interface of the game were targeted towards children. Based on what she observed of Roblox, she did not know that adults also used the platform and believed that Roblox was a children's platform. Based on these representations from Roblox, Plaintiff's Mother was misled into believing that Roblox was a safe app for Minor Plaintiff to use, and therefore allowed Minor Plaintiff to use Roblox.

226.    Around 2020, Minor Plaintiff began using Roblox.

227.    Around May 2024, when Minor Plaintiff was eleven years old, Minor Plaintiff met a dangerous predator on Roblox.

---

[300] Ben Goggin, *Child Exploitation Watchdog Says Meta Encryption Led to Sharp Decrease in Tips and Reports*, NBC News (May 9, 2025), https://www.nbcnews.com/tech/security/child-exploitation-watchdog-says-meta-encryption-led-sharp-decrease-ti-rcna205548.
[301] *Id.*

COMPLAINT FOR DAMAGES
Case No.

228.    A few months later, after hearing concerns from other parents about the safety of Roblox, Plaintiff's Mother deleted Roblox to remove Minor Plaintiff's access to Roblox and prohibited Minor Plaintiff from using Roblox.

229.    Plaintiff's Mother then made a gut-wrenching discovery, learning that Minor Plaintiff was being sexually exploited by a predator through Roblox and Instagram.

230.    Plaintiff's Mother learned that a predator had identified and targeted Minor Plaintiff through the Roblox game "Berry Avenue," where Roblox allowed predators to freely contact children—such as Minor Plaintiff, whose account clearly displayed that she was a minor—without meaningful safeguards.

231.    Because of Roblox's defectively designed features and inadequate safety measures, the predator was able to locate and persistently message Minor Plaintiff. The predator employed well-documented grooming tactics—techniques that Roblox has long recognized as common predatory behavior on its platform yet failed to prevent—to communicate with Minor Plaintiff through Roblox's messaging feature to systematically manipulate the child into creating an Instagram account.

232.    While playing in the "Berry Avenue" game, Minor Plaintiff noticed that the predator's avatar was following her, so she exited the game. When she returned to the game, the same predator kept following and stalking her in the game.

233.    Through using a chat feature in "Berry Avenue," the predator directly messaged Minor Plaintiff various inappropriate, sexually explicit questions, including whether she was a virgin and if she had ever had sex. The predator persistently messaged Minor Plaintiff and sent her his Instagram username, asking Minor Plaintiff to message him on Instagram.

234.    Because of Defendants' defectively designed features allowing children to create social media accounts and message with predators, Minor Plaintiff then created an Instagram account and messaged the predator.

235.    Once the predator successfully became "friends" with Minor Plaintiff on Instagram, the predator asked Minor Plaintiff how old she was and where she lived. Minor Plaintiff provided her age and address. The predator groomed Minor Plaintiff over weeks, messaging her every day and

76

COMPLAINT FOR DAMAGES
Case No.

asking her to call him. The predator persistently asked Minor Plaintiff to delete messages, pictures, and videos on Instagram. He groomed and coached Minor Plaintiff to message him late at night, while Minor Plaintiff's mother was asleep.

236. The predator sent a picture of his face to Minor Plaintiff, revealing that he is an adult.

237. The predator also escalated to a form of exploitation that both Roblox and Instagram have known about for years but have failed to prevent—coercing and manipulating Minor Plaintiff into sending sexually explicit images and videos of herself on Instagram. The predator then systematically and persistently extracted additional sexual content from Minor Plaintiff.

238. Soon after Minor Plaintiff was sexually exploited as a result of Defendants' defectively designed apps, she became anxious, depressed, and experienced PTSD and insomnia. Her behavior became erratic. She isolated herself and began dressing differently to look more adult. Before interacting with the predator on Roblox and Instagram, Minor Plaintiff did not exhibit these characteristics. Prior to this incident, she was a giddy, happy child.

239. Plaintiff's Mother then reviewed Minor Plaintiff's Instagram messages with the predator and made the heartbreaking discovery that Minor Plaintiff was abused on Defendants' apps, including being coerced into sending sexually explicit images and videos of herself via Instagram. Plaintiff's Mother contacted the police department and filed a report, but the police did not take action, as they determined that the predator was located out of the country.

240. Because Minor Plaintiff provided the family's address to the predator, Plaintiff's Mother decided to relocate the family for their safety. Plaintiff's Mother and Minor Plaintiff moved to a new city.

241. Following the discovery of Minor Plaintiff's sexual exploitation and abuse, Plaintiff's Mother renewed her efforts to hide all electronics from Plaintiff and removed all access to Roblox. Minor Plaintiff got into fights with Plaintiff's Mother while trying to regain access to electronic devices.

242. Minor Plaintiff's attempts to gain access to Roblox continued.

243. In early August 2025, Plaintiff's Mother discovered that Minor Plaintiff was hiding her neighbor's tablet in her drawer at home. Plaintiff's Mother learned that Minor Plaintiff had

COMPLAINT FOR DAMAGES
Case No.

accessed Roblox and Instagram on this tablet and made another Instagram account. Plaintiff's Mother immediately took away the tablet.

244.   In late August 2025, Plaintiff's Mother took Minor Plaintiff to her godmother's house. There, Minor Plaintiff took her godmother's phone without permission. Minor Plaintiff later used this phone to access Roblox, where she met another predator. On Roblox, the predator sent his phone number to Minor Plaintiff.

245.   When Plaintiff's Mother found the phone number associated with the predator and learned that Minor Plaintiff had her godmother's phone, she reviewed Minor Plaintiff's Instagram messages with the predator and discovered that Minor Plaintiff—at only 13 years old— was again abused on Defendants' apps, including being coerced into sending sexual images and videos of herself via Instagram.

246.   Minor Plaintiff has suffered, and continues to suffer, life-altering psychological and emotional injuries, including severe mental anguish and pain, and loss of enjoyment of life. Minor Plaintiff has endured, and continues to endure, humiliation, shame, pain, sadness, isolation, low self-esteem, depression, insomnia, PTSD, anxiety, and a profound loss of trust, safety, and innocence. Before being abused by predators on Roblox and Instagram, Minor Plaintiff was a happy and giddy child. After suffering this abuse and sexual exploitation, Minor Plaintiff has withdrawn, being secretive, is dressing differently in an effort to look less like a child, and is no longer the happy and giddy child she once was.

247.   Defendants are directly responsible for the immense harm that Minor Plaintiff has suffered. Had Defendants implemented even the most basic system of screening or age and identity verification, as well as other basic safety measures, Minor Plaintiff never would have interacted with these predators and never would have suffered the harm that she did. Minor Plaintiff's life has been devastated as a direct result of Defendants' conduct.

COMPLAINT FOR DAMAGES
Case No.

## VII.    CAUSES OF ACTION

### FIRST CAUSE OF ACTION

### FRAUDULENT CONCEALMENT AND MISREPRESENTATION

### (By Plaintiff Against Each Defendant)

248.    Minor Plaintiff incorporates each and every factual allegation set forth above.

249.    This claim is brought against Defendants Roblox and Meta.

250.    As set forth in more detail above, each Defendant knew about the defective conditions of its app and that the app posed serious safety risks to child users. Instead of disclosing the truth, each Defendant engaged in a widespread public campaign to tout the safety of its platform in the media, and in the materials provided to potential users of the app, as described above.

251.    Each Defendant breached its duty to the public users, and their parents by concealing, failing to disclose, and/or making misstatements about the serious safety risks presented by its app. Even though Defendants knew of those risks based on Defendants' internal reviews, external studies known to Defendants, and parent and police reports made to Defendants, they intentionally concealed those risks to not lose users and revenue, and to induce parents to allow their children to use Defendants' apps.

252.    Defendants made numerous false representations about the safety of their apps, as described above, which were specific and widespread. Minor Plaintiff, Minor Plaintiff's Mother, and the public at large relied on Defendants' false representations in deciding to allow children to play on the app.

253.    Defendant Roblox made numerous material representations in 2020 downplaying any potential harm associated with its app and reassuring the public, users, including Minor Plaintiff, and parents, including Plaintiff's Mother, that its app was safe, including but not limited to:

　　　a.　"We protect our players' safety by proactively filtering inappropriate content and acting against anyone who is in violation of our Rules of Conduct";[302]

---

[302] Roblox, *Parent's Guide*, https://web.archive.org/web/20190619023604/https://corp.roblox.com/parents/ (archived June 19, 2019).

COMPLAINT FOR DAMAGES
Case No.

b.  "All uploaded images, videos, and audio files are pre-reviewed by moderators before being allowed on the site";[303]

c.  "Our global moderation team is online around the clock addressing any incoming concerns as reported by players";[304]

d.  "Roblox offers parental controls that allow for a selection of chat options (no chat, chat with friends, chat with everyone), account age visibility (13+ or <13), an account PIN code feature, and an Account Restrictions setting that only allows children under 13 to access a curated list of age-appropriate games are offered";[305]

e.  "Roblox is dedicated to building a safe, family-friendly environment to help protect younger players from seeing inappropriate content online."[306]

f.  "We are dedicated to working together with parents and digital safety experts to promote a family-friendly environment that allows all people to imagine, create, and play online";[307]

g.  "We continually develop new and innovative technologies to ensure the Roblox platform remains a safe and fun space for players all over the world";[308] and

h.  "Roblox uses a combination of chat filters, both human and software moderation, to proactively remove inappropriate content from the platform."[309]

254.    Additionally, the style of the avatars and the user interface of Roblox's website and platform utilize bright colors and look cartoonish, implying that the platform is targeted towards children and contains content safe for children.

---

[303] *Id.*
[304] *Id.*
[305] *Id.*
[306] *Id.*
[307] Roblox, *Trust & Safety*, https://web.archive.org/web/20190610044903/https://corp.roblox.com/trust-safety/ (archived June 10, 2019).
[308] *Id.*
[309] *Id.*

80

COMPLAINT FOR DAMAGES
Case No.

255.    Defendant Meta made numerous material representations downplaying any potential harm associated with its app and reassuring the public, users, including Minor Plaintiff, and parents, including Plaintiff's Mother, that its app was safe, including but not limited to:

    i.   Instagram's sophisticated technology and other techniques not only to detect child exploitation imagery and remove it, but also to detect and prevent grooming or potentially inappropriate interactions between a minor and an adult;

    j.   Instagram does not allow the exploitation of children and works to aggressively fight it on its platform;

    k.   Instagram uses technology to prevent potentially suspicious accounts from interacting with teen accounts and accounts that predominantly feature minors, as well as from finding each other, and are continuing to expand this technology; and

    l.   The Instagram Teen Account feature ensures that teens are having safe experiences that can give parents peace of mind.

256.    Defendants' representations regarding the safety of their app were false, and each Defendant knew that its representations about the safety of its app were false when the statements were made.

257.    By intentionally making numerous material representations, downplaying any potential harm associated with its app, and reassuring the public, users, including Minor Plaintiff, and parents, including Minor Plaintiff's Mother, that its app was safe, each Defendant fraudulently misled the public, users, including Minor Plaintiff, and their parents, including Plaintiff's Mother, into believing its app was safe for children.

258.    Defendants intended for the public, users, including Minor Plaintiff, and their parents, including Minor Plaintiff's Mother, to rely on its representations about the safety of its apps.

259.    The public, users, including Minor Plaintiff, and their parents, including Plaintiff's Mother, reasonably relied on the representations made by Defendants about the safety of their apps for use by children.

260.    As a direct and proximate result of each Defendant's misrepresentations, Minor Plaintiff and Plaintiff's Mother were not aware and could not have been aware of the facts that each

81

COMPLAINT FOR DAMAGES
Case No.

Defendant concealed or misstated, and therefore justifiably and reasonably believed that each Defendant's app was safe for children to use, even with limitations.

261.    Defendants' concealment and Minor Plaintiff's and Plaintiff's Mothers' reliance on Defendants' representations about the safety of their apps were substantial factors in causing harm to Minor Plaintiff.

262.    Each Defendant was under a duty to tell the public the truth and to disclose the defective conditions of its app and that the app posed serious safety risks to child users.

263.    Each Defendant intentionally failed to disclose the serious safety risks posed by the design of its app to the public, users, including Minor Plaintiff, and their parents, including Plaintiff's Mother. Such risks were known only to Defendants through their internal reviews and external studies known to Defendants, as well as parent and police reporting to Defendants, and the public, users, and their parents, including Plaintiff's Mother, could not have discovered such serious safety risks.

264.    The public, users, including Minor Plaintiff, and their parents, including Minor Plaintiff's Mother, did not know of the serious safety risks posed by the design of Defendants' apps, which were known by Defendants.

265.    By intentionally concealing and failing to disclose defects inherent in the design of their apps, each Defendant knowingly and recklessly misled the public, users, including Minor Plaintiff, and their parents, including Plaintiff's Mother into believing its app was safe for children to use.

266.    Each Defendant knew that its concealment, misstatements, and/or omissions were material. A reasonable person, including Minor Plaintiff and Plaintiff's Mother, would find information about the risk of grooming, sexual abuse, sexual exploitation, and other serious risks associated with the use of Defendants' respective apps, to be important when deciding whether to allow children to use them or to use the apps themselves.

267.    Each Defendant intended to deceive the public, users, including Minor Plaintiff, and their parents, including Plaintiff's Mother, by concealing the defects in the design of its app, which made the app unsafe.

COMPLAINT FOR DAMAGES
Case No.

268.    As a direct and proximate result of each Defendant's material omissions, and/or concealment of material information, Minor Plaintiff and Plaintiff's Mother were not aware and could not have been aware of the facts that each Defendant concealed or misstated, and therefore justifiably and reasonably believed that each Defendant's app was safe for children to use, even with limitations.

269.    If the serious safety risks presented by the design of each Defendant's app had been disclosed, the public, users, including Minor Plaintiff, and their parents, including Plaintiff's Mother, reasonably would have acted differently, would have implemented more restrictions to their child's use, would not have used the apps themselves, and/or would have not permitted children to use the apps.

270.    As a direct and proximate result of each Defendant's material omissions and/or concealment of material information, Minor Plaintiff sustained serious injuries and harm.

271.    Defendants' concealment about the safety of their apps were substantial factors in causing harm to Minor Plaintiff.

272.    Each Defendant's conduct, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of its customers, and warrants an award of punitive damages in an amount sufficient to punish Defendants and deter others from like conduct.

273.    Minor Plaintiff demands judgment against each Defendant for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

## SECOND CAUSE OF ACTION

## NEGLIGENT MISREPRESENTATION

## (By Plaintiff Against each Defendant)

274.    Minor Plaintiff incorporates each and every factual allegation set forth above.

275.    This claim is brought against Defendants Roblox and Meta.

83

COMPLAINT FOR DAMAGES
Case No.

276.    As set forth in more detail above, Defendants knew about the defective conditions of its app and that the app posed serious safety risks to child users.

277.    Defendants breached their duty to the public, users, and parents of minor users by concealing, failing to disclose, and making misstatements about the serious safety risks presented by its app. Defendants knew of those risks based on their internal reviews, external studies known to Defendants, and parent and police reports made to Defendants.

278.    Defendant Roblox negligently made numerous material representations in 2020 downplaying any potential harm associated with its app and reassuring the public, users, including Minor Plaintiff, and parents, including Plaintiff's Mother, that its app was safe, including but not limited to:

a.  We protect our players' safety by proactively filtering inappropriate content and acting against anyone who is in violation of our Rules of Conduct;

b.  All uploaded images, videos, and audio files are pre-reviewed by moderators before being allowed on the site;

c.  Our global moderation team is online around the clock addressing any incoming concerns as reported by players;

d.  Roblox offers parental controls that allow for a selection of chat options (no chat, chat with friends, chat with everyone), account age visibility (13+ or <13), an account PIN code feature, and an Account Restrictions setting that only allows children under 13 to access a curated list of age-appropriate games are offered;

e.  Roblox is dedicated to building a safe, family-friendly environment to help protect younger players from seeing inappropriate content online;

f.  We are dedicated to working together with parents and digital safety experts to promote a family-friendly environment that allows all people to imagine, create, and play online;

g.  We continually develop new and innovative technologies to ensure the Roblox platform remains a safe and fun space for players all over the world; and

84
COMPLAINT FOR DAMAGES
Case No.

h. Roblox uses a combination of chat filters, both human and software moderation, to proactively remove inappropriate content from the platform.

279. Additionally, the style of the avatars and the user interface of Roblox's website and platform utilize bright colors and look cartoonish, implying that the platform is targeted towards children and contains content safe for children.

280. Defendant Meta made numerous material representations downplaying any potential harm associated with its app and reassuring the public, users, including Minor Plaintiff, and parents, including Plaintiff's Mother, that its app was safe, including but not limited to:

m. Instagram's sophisticated technology and other techniques not only to detect child exploitation imagery and remove it, but also to detect and prevent grooming or potentially inappropriate interactions between a minor and an adult;

n. Instagram does not allow the exploitation of children and works to aggressively fight it on its platform;

o. Instagram uses technology to prevent potentially suspicious accounts from interacting with teen accounts and accounts that predominantly feature minors, as well as from finding each other, and are continuing to expand this technology; and

p. The Instagram Teen Account feature ensures that teens are having safe experiences that can give parents peace of mind.

281. Defendants' representations that their apps were safe for use by children was not true.

282. Defendants had no reasonable grounds for believing its representations that its app was safe for use by children were true.

283. By making numerous material representations downplaying any potential harm associated with its app and reassuring the public, users, including Minor Plaintiff, and their parents, including Plaintiff's Mother, that its app was safe, each Defendant negligently misled the public, users, including Minor Plaintiff, and their parents, including Plaintiff's Mother, into believing its app was safe for children to use.

COMPLAINT FOR DAMAGES
Case No.

284. As a direct and proximate result of Defendants' misrepresentations, Minor Plaintiff and Plaintiff's Mother were not aware and could not have been aware of the facts that Defendants misstated, and therefore justifiably and reasonably believed that Defendants' apps were safe for use.

285. Minor Plaintiff and Plaintiff's Mother's reliance on each Defendant's representations about the safety of its app were substantial factors in causing harm to Minor Plaintiff.

286. As a direct and proximate result of Defendants' misrepresentations, Plaintiff sustained serious injuries and harm.

287. Defendants were under a duty to tell the public the truth and to disclose the defective conditions of its app and that the app posed serious safety risks to child users.

288. By concealing and failing to disclose, Defendants negligently misled the public, users, including Minor Plaintiff, and their parents, including Plaintiff's Mother, into believing their apps were safe for children to use.

289. As a direct and proximate result of Defendants' material omissions, and concealment of material information, Minor Plaintiff and Plaintiff's Mother were not aware and could not have been aware of the facts that Defendants concealed, and therefore justifiably and reasonably believed that Defendants' apps were safe for use.

290. Defendants' material omissions and concealment of material information were substantial factors in causing harm to Minor Plaintiff.

291. As a direct and proximate result of Defendants' material omissions and concealment of material information, Minor Plaintiff sustained serious injuries and harm.

292. If the serious safety risks presented by the design of each Defendant's app had been disclosed, the public, users, including Minor Plaintiff, and their parents, including Plaintiff's Mother, reasonably would have acted differently, would have implemented more restrictions to their child's use, would have taken stronger actions to prevent their children from use, would not have used the apps themselves, and/or would have not permitted children to use the apps.

293. Defendants' conduct, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the

86

health, safety, and welfare of their customers, and warrants an award of punitive damages in an amount sufficient to punish them and deter others from like conduct.

294.    Minor Plaintiff demands judgment against Defendants for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

**THIRD CAUSE OF ACTION**

**NEGLIGENCE – GENERAL**

**(By Plaintiff Against Each Defendant)**

295.    Minor Plaintiff incorporates each and every factual allegation set forth above.

296.    This claim is brought against Defendants Roblox and Meta.

297.    At all relevant times, each Defendant developed, set up, managed, maintained, operated, marketed, advertised, promoted, supervised, controlled, and benefited from its respective app used by Minor Plaintiff.

298.    Each Defendant owed Minor Plaintiff a duty to exercise reasonable care in the development, setup, management, maintenance, operation, marketing, advertising, promotion, supervision, and control of its app and not to create an unreasonable risk of harm from and in the use of its app (including an unreasonable risk of grooming, sexual abuse, and sexual exploitation, and other associated physical or mental injuries); to protect Minor Plaintiff from unreasonable risk of injury from and in the use of its app; and not to invite, encourage, or facilitate youth, such as Minor Plaintiff, to being exposed to danger through, on, or as a reasonably foreseeable result of using its app. These duties govern Defendants' own specific actions and are based on direct actions Defendants took in developing their apps and features.

299.    In addition, each Defendant owed a special relationship duty to Minor Plaintiff to protect her against harm caused by its app and employees or by other users. This special relationship duty is based on the following:

        a.    As businesses, Defendants owe a duty to protect customers against reasonably foreseeable criminal acts of third parties, foreseeable acts of third parties that would endanger customers, and other dangers known to Defendants on their apps;

87

COMPLAINT FOR DAMAGES
Case No.

b. Minor Plaintiff, as a minor, was vulnerable and dependent on Defendants for a safe environment on their apps, and Defendants have superior ability and control to provide that safety with respect to activities that they sponsor, facilitate, or control;

c. Minor Plaintiff relied upon Defendants for protection against third-party misuse or misconduct;

d. The special relationship Minor Plaintiff had with Defendants substantially benefits Defendants through profits and growth in users and user activity. Defendants could not successfully operate without the growth in users and user activity generated by children;

e. Defendants were far more to Minor Plaintiff than a business. Defendants provided Minor Plaintiff with opportunities for social interaction and a discrete community of other users. Minor Plaintiff was dependent on Defendants to provide structure, guidance, and a safe environment;

f. Defendants have superior control over their app environments and the ability to protect their users. Defendants impose a variety of rules and restrictions to supposedly maintain a safe and orderly environment. Defendants employ internal staff to enforce these rules and restrictions and can monitor and discipline users when necessary. Defendants have the power to influence Minor Plaintiff's values, consciousness, relationships, and behaviors; and

g. Defendants have voluntarily undertaken a responsibility to keep children safe on their apps. As alleged above, Defendants have publicly stated that they take steps to keep children safe on their apps and therefore have undertaken a duty to act reasonably in taking such steps.

300. Minor Plaintiff was a foreseeable user of each Defendant's app.

301. Each Defendant knew that minors such as Minor Plaintiff would use its app.

302. Each Defendant invited, solicited, encouraged, or reasonably should have foreseen the fact, extent, and manner of Minor Plaintiff's use of its app.

COMPLAINT FOR DAMAGES
Case No.

303. Each Defendant knew or, by the exercise of reasonable care, should have known, that the reasonably foreseeable use of its respective app (as developed, set up, managed, maintained, supervised, and operated by that Defendant) was or could be dangerous, harmful, and injurious when used by youth such as Minor Plaintiff in a reasonably foreseeable manner.

304. At all relevant times, each Defendant knew or, by the exercise of reasonable care, should have known that its respective app (as developed, set up, managed, maintained, supervised, and operated by that Defendant) posed unreasonable risks of harm to youth such as Minor Plaintiff, which risks were known and knowable, including in light of the internal data and knowledge each Defendant had regarding its app.

305. Each Defendant knew, or by the exercise of reasonable care, should have known, that ordinary child users of its respective app, such as Minor Plaintiff, would not have realized the potential risks and dangers of using the app, including a risk of grooming, sexual abuse, and sexual exploitation, which foreseeably can lead to a cascade of negative effects, including but not limited to physical injury, damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound mental health issues for young consumers, including but not limited to depression, anxiety, suicidal ideation, self-harm, post-traumatic stress disorder, insomnia, eating disorders, death, and other harmful effects.

306. Each Defendant's conduct was closely connected to Minor Plaintiff's injuries, which were highly certain to occur, as evidenced by the significance of Minor Plaintiff's injuries.

307. Each Defendant could have avoided Minor Plaintiff's injuries with minimal cost, including, for example, by not including certain features in its respective app which harmed Minor Plaintiff or by including features that would have protected Minor Plaintiff.

308. Imposing a duty on Defendants would benefit the community at large.

309. Imposing a duty on Defendants would not be unduly or unreasonably burdensome to them because they have the technological and financial means to avoid the risks of harm to Minor Plaintiff.

89
COMPLAINT FOR DAMAGES
Case No.

310.    Each Defendant owed a heightened duty of care to youth users of its app because children's brains are not fully developed, meaning young people are more neurologically vulnerable than adults to abusive contact facilitated by Defendants' apps because they have a hard time distinguishing between patterns of genuine friendship and grooming relationships.

311.    Each Defendant breached its duties of care owed to Minor Plaintiff through its affirmative malfeasance, omissions, actions, business decisions, and policies in the development, set up, management, maintenance, operation, marketing, advertising, promotion, supervision, and control of its respective app. These breaches are based on Defendants' own actions in managing their own apps made available to the public, independent of any actions taken by a third party. Those breaches include but are not limited to:

    a.   Including features in their apps that, as described above, are currently structured and operated in a manner that unreasonably creates or increases the foreseeable risk of grooming, sexual abuse, and sexual exploitation to youth, including Minor Plaintiff;

    b.   Including features in their apps that, as described above, are currently structured and operated in a manner that unreasonably creates or increases the foreseeable risk of harm to the physical and mental health and well-being of youth users, including Minor Plaintiff, including but not limited to physical injury, damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound mental health issues for young consumers, including but not limited to depression, anxiety, suicidal ideation, self-harm, post-traumatic stress disorder, insomnia, eating disorders, death, and other harmful effects;

    c.   Maintaining unreasonably dangerous features in their apps after notice that such features, as structured and operated, posed a foreseeable risk of harm to the physical and mental health and well-being of youth users;

90
COMPLAINT FOR DAMAGES
Case No.

    d.   Facilitating unsupervised and/or hidden use of their respective apps by youth, including by adopting protocols that allow youth users to change their own safety settings or parental controls, and create multiple and private accounts; and

    e.   Inviting young children on their apps and marketing to young children when Defendants knew that the apps, as designed, were not safe for young children.

312.    Each Defendant breached its duties of care owed to Minor Plaintiff through its nonfeasance, failure to act, and omissions in the development, setup, management, maintenance, operation, marketing, advertising, promotion, supervision, and control of its respective app. These breaches are based on Defendants' own actions in managing their own apps made available to the public, independent of any actions taken by a third party. Those breaches include but are not limited to:

    a.   Failing to implement effective parental controls;

    b.   Failing to screen users before allowing them on the apps;

    c.   Failing to implement effective parental notifications, such as when a child messages another user, particularly an adult user, or when a child interacts with accounts that have been blocked by other users or suspended in the past;

    d.   Failing to require adult users to provide a phone number when signing up for an account;

    e.   Failing to implement pop-up safety notices within chats and games to warn users about inappropriate behavior;

    f.   Failing to ban IP and MAC addresses of accounts associated with known abusers;

    g.   Failing to set default safety settings to the most protective options;

    h.   Having an open chat function;

    i.   Failing to provide a transcript of a child's communications to the parent;

    j.   Failing to implement reasonably available means to monitor for, report, and prevent the use of their apps by sexual predators to victimize, abuse, and exploit youth users;

91

COMPLAINT FOR DAMAGES
Case No.

k. Failing to provide effective mechanisms for youth users and their parents/guardians to report abuse or misuse of their apps;

l. Failing to implement effective protocols to verify ages and identity of all users;

m. Failing to place reasonable age restrictions on the apps;

n. Failing to separate adults from children on the apps by, for example, creating separate apps for children;

o. Failing to adequately fund their trust and safety programs; and

p. Others as set forth herein.

313. A reasonable company under the same or similar circumstances as Defendants would have developed, set up, managed, maintained, supervised, and operated its app in a manner that is safer for and more protective of youth users like Minor Plaintiff.

314. At all relevant times, Minor Plaintiff used each Defendant's app in the manner in which it was intended to be used.

315. As a direct and proximate result of each Defendant's breach of one or more of its duties, Minor Plaintiff was harmed. Such harms include the sexual exploitation of Minor Plaintiff by a child predator and a cascade of resulting negative effects, including but not limited to damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound mental health issues such as depression, anxiety, and other harmful effects.

316. Each Defendant's breach of one or more of its duties was a substantial factor in causing harm and injuries to Minor Plaintiff.

317. Minor Plaintiff was injured from using both of Defendants' defective apps through no fault of her own. The fact that Minor Plaintiff was injured by using both of Defendants' apps means that Defendants are each jointly and severally responsible for the injuries caused by any one of Defendants' apps and the burden shifts to Defendants to identify alternative causes of the alleged injuries and apportion responsibility for the alleged injuries.

318. The nature of the fraudulent and unlawful acts that created safety concerns for Minor Plaintiff are not the type of risks that are immediately apparent from using Defendants' apps.

92

COMPLAINT FOR DAMAGES
Case No.

319. Each Defendant's conduct, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of their conduct, including to the health, safety, and welfare of their customers, and warrants an award of punitive damages in an amount sufficient to punish the Defendants and deter others from like conduct.

320. Minor Plaintiff demands judgment against each Defendant for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

### FOURTH CAUSE OF ACTION

### NEGLIGENCE – FAILURE TO WARN

### (By Plaintiff Against Each Defendant)

321. Minor Plaintiff incorporates each and every factual allegation set forth above.

322. This claim is brought against Defendants Roblox and Meta.

323. At all relevant times, each Defendant designed, developed, managed, operated, tested, produced, labeled, marketed, advertised, promoted, controlled, sold, supplied, distributed, and benefited from its app used by Minor Plaintiff.

324. Minor Plaintiff was a foreseeable user of each Defendant's app.

325. Each Defendant knew, or by the exercise of reasonable care, should have known, that use of its app was dangerous, harmful, and injurious when used in a reasonably foreseeable manner by minors.

326. Each Defendant knew, or by the exercise of reasonable care, should have known, that ordinary minor users, such as Minor Plaintiff, and their parents, including Plaintiff's Mother, would not have realized the potential risks and dangers of its app, including a risk of grooming, sexual abuse, and sexual exploitation, which can lead to a cascade of harms. Those harms include but are not limited to physical injury, damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound mental health issues for young consumers, including but not limited

93

COMPLAINT FOR DAMAGES
Case No.

to depression, anxiety, suicidal ideation, self-harm, post-traumatic stress disorder, insomnia, death, and other harmful effects.

327. Had Minor Plaintiff or Plaintiff's Mother received proper or adequate warnings about the risks of each Defendant's app, Minor Plaintiff and Plaintiff's Mother would have heeded such warnings.

328. Each Defendant knew or, by the exercise of reasonable care, should have known that its app posed risks of harm to youth. These risks were known and knowable in light of Defendants' own internal data and knowledge regarding their apps at the time of development, design, marketing, promotion, advertising, and distribution to Minor Plaintiff.

329. Because Defendants' conduct created the risk that child users of their apps would be subject to grooming, sexual abuse, and sexual exploitation, Defendants each owed a duty to all reasonably foreseeable users, including but not limited to minor users and their parents, to provide adequate warnings about the risk of using Defendants' apps that were known to Defendants, or that Defendants should have known through the exercise of reasonable care.

330. In addition, as described above, each Defendant owed a special relationship duty to Minor Plaintiff to protect her against harm caused by its app and employees or by other users.

331. Each Defendant owed a heightened duty of care to minor users and their parents to warn about its app's risks because children's brains are not fully developed, resulting in a diminished capacity to make responsible decisions regarding contact with strangers online. Children are also more neurologically vulnerable than adults to abusive contact facilitated by Defendants' apps because they have a hard time distinguishing between patterns of genuine friendship and grooming relationships.

332. Each Defendant breached its duty by failing to use reasonable care in providing adequate warnings to Minor Plaintiff, such as failing to notify parents and the general public of the following, among others:

    a. Defendants fail to require that children have parental approval before signing up for an account;

    b. Defendants fail to screen users before allowing them on the apps;

94

COMPLAINT FOR DAMAGES
Case No.

c. New users of Defendants' apps can identify themselves as minors, begin to use the app, and do so indefinitely, without ever receiving a safety warning, and without ever having to provide information so that Defendants can warn the users' parents or guardians;

d. Defendants' apps' default safety settings allow adults and other strangers' accounts to find, "friend," and communicate with children's accounts;

e. Defendants' parental control settings allowed children to modify their own parental control settings;

f. Defendants' platforms recommend that adult users and other strangers "friend" and contact child accounts;

g. Defendants fail to block the IP and MAC addresses of known abusers;

h. Adult predators use Defendants' apps to target children for sexual exploitation, sextortion, and CSAM;

i. Defendants' apps enable and increase risk of exposure to predators and can result in grooming, sexual abuse, and sexual exploitation, as well as their resultant physical and mental injuries;

j. Sexual predators use Robux to coerce children into sending them nude photos or engaging in other types of sexually explicit behavior;

k. Usage of Defendants' apps can increase risky and uninhibited behavior in children, making them easier targets to adult predators for sexual exploitation, sextortion, and CSAM;

l. Usage of Defendants' apps can normalize abuse and pornography, leading children to abuse other children either contemporaneously or later when the children are older;

m. The likelihood and severity of harm is greater for children;

n. The likelihood and intensity of these harmful effects is exacerbated by the interaction of each app's features with one another;

95

COMPLAINT FOR DAMAGES
Case No.

o.  Defendants fail to verify ages, allowing adult predators to pose as children on Defendants' apps; and

p.  Others as set forth herein.

333.  A reasonable company under the same or similar circumstances as Defendants would have used reasonable care to provide adequate warnings to consumers, including the parents of minor users, as described herein.

334.  At all relevant times, each Defendant could have provided adequate warnings to prevent the harms and injuries described herein.

335.  As a direct and proximate result of each Defendant's breach of its duty to provide adequate warnings, Minor Plaintiff was harmed and sustained the injuries set forth herein. Each Defendant's failure to provide adequate and sufficient warnings was a substantial factor in causing the harms to Minor Plaintiff.

336.  As a direct and proximate result of each Defendant's failure to warn, Minor Plaintiff requires and/or will require more healthcare and services and did incur medical, health, incidental, and related expenses.

337.  Minor Plaintiff was injured from using both of Defendants' defective apps through no fault of her own. The fact that Minor Plaintiff was injured by using both of Defendants' apps means that Defendants are each jointly and severally responsible for the injuries caused by any one of Defendants' apps and the burden shifts to Defendants to identify alternative causes of the alleged injuries and apportion responsibility for the alleged injuries.

338.  The nature of the fraudulent and unlawful acts that created safety concerns for Minor Plaintiff are not the type of risks that are immediately apparent from using Defendants' apps.

339.  The conduct of each Defendant, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of their customers, and warrants an award of punitive damages in an amount sufficient to punish each Defendant and deter others from like conduct.

96

COMPLAINT FOR DAMAGES

Case No.

340.    Minor Plaintiff demands judgment against each Defendant for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

## FIFTH CAUSE OF ACTION

## NEGLIGENCE – UNREASONABLE DESIGN

### (By Plaintiff Against Each Defendant)

341.    Minor Plaintiff incorporates each and every factual allegation set forth above.

342.    This claim is brought against Defendants Roblox and Meta.

343.    At all relevant times, each Defendant designed, developed, managed, operated, tested, produced, labeled, marketed, advertised, promoted, controlled, sold, supplied, distributed, and benefited from its respective app used by Minor Plaintiff.

344.    Each Defendant knew or, by the exercise of reasonable care, should have known, that its app was dangerous, harmful, and injurious when used by youth in a reasonably foreseeable manner.

345.    Each Defendant knew or, by the exercise of reasonable care, should have known that its respective app posed risks of harm to youth. These risks were known and knowable in light of Defendants' own internal data and knowledge regarding their apps at the time of the apps' development, design, marketing, promotion, advertising, and distribution to Minor Plaintiff.

346.    Each Defendant knew, or by the exercise of reasonable care, should have known, that ordinary minor consumers such as Minor Plaintiff would not have realized the potential risks and dangers of its app. Those risks include grooming, sexual abuse, and sexual exploitation, which can lead to a cascade of negative effects, including but not limited to physical injury, damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound mental health issues for young consumers, including but not limited to depression, anxiety, suicidal ideation, self-harm, post-traumatic stress disorder, insomnia, death, and other harmful effects.

347.    Each Defendant owed a duty to all reasonably foreseeable users to design a safe app.

97

COMPLAINT FOR DAMAGES
Case No.

348. Each Defendant owed a heightened duty of care to minor users of its app because children's brains are not fully developed, resulting in a diminished capacity to make responsible decisions regarding contact with strangers online. Children are also more neurologically vulnerable than adults to abusive contact facilitated by Defendants' apps because they have a hard time distinguishing between patterns of genuine friendship and grooming relationships.

349. Minor Plaintiff was a foreseeable user of each Defendant's app.

350. Each Defendant knew that minors such as Minor Plaintiff would use its app.

351. Each Defendant breached its respective duty in designing its app.

352. Each Defendant breached its respective duty by failing to use reasonable care in the design of its app by negligently designing the app with features that specifically allow predators to find, groom, exploit, and abuse children, as described herein.

353. Each Defendant breached its respective duty by designing an app that was less safe to use than an ordinary consumer would expect when used in an intended and reasonably foreseeable manner.

354. Each Defendant breached its respective duty by failing to use reasonable care in the design of its app by negligently designing its app with features as described above that created or increased the risk of grooming, sexual abuse, and sexual exploitation for children, which can lead to a cascade of negative effects, including but not limited to physical injury, damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound mental health issues for young consumers, including but not limited to depression, anxiety, suicidal ideation, self-harm, post-traumatic stress disorder, insomnia, death, and other harmful effects.

355. Each Defendant breached its respective duty by failing to use reasonable care to use cost-effective, reasonably feasible alternative designs, including changes to the harmful features, and other safety measures, to minimize the harms described herein, including but not limited to:

    a. Requiring children have parental approval and a parent's email address to sign-up for an account;

    b. Effective parental controls;

98

c. Effective parental notifications, including notifying parents any time a child messages another user, particularly an adult user, or notifying parents when children interact with accounts that have been blocked by other users or suspended in the past, among other controls;

d. Setting default safety settings to the most protective options, including blocking direct messaging between child and adult users, or only allowing messaging between adult users and a child with the parent's explicit permission to message the adult user;

e. Requiring adults to provide a phone number when signing up for an account;

f. Pop-up safety notices within chats and games to warn users about inappropriate behavior;

g. Preventing strangers from sending Robux to child accounts, and preventing children from sending Robux to strangers' accounts;

h. Banning IP and MAC addresses of accounts associated with known abusers;

i. Controlled chat option;

j. Providing a transcript of a child's communications to the parent;

k. Implementing reporting protocols to allow users or visitors of Defendants' apps to report CSAM and adult predator accounts specifically without the need to create or log in to the apps prior to reporting;

l. Robust age and identity verification;

m. Reasonable age restrictions;

n. Separating adults from children by, for example, creating separate apps for children; and

o. Others as set forth herein.

356. Alternative designs that would reduce the dangerous features of Defendants' respective apps were available, would have served effectively the same purpose as Defendants' defectively designed apps, and would have reduced the gravity and severity of danger each Defendant's app posed Minor Plaintiff.

99

COMPLAINT FOR DAMAGES
Case No.

357.    A reasonable company under the same or similar circumstances as each Defendant would have designed a safer app.

358.    At all relevant times, Minor Plaintiff used each Defendant's app in the manner in which it was intended by each Defendant to be used.

359.    As a direct and proximate result of each Defendant's breached duties, Minor Plaintiff was harmed. Each Defendant's design of its respective app was a substantial factor in causing Minor Plaintiff's harm and injuries.

360.    Minor Plaintiff was injured from using both of Defendants' defective apps through no fault of her own. The fact that Minor Plaintiff was injured by using both of Defendants' apps means that Defendants are each jointly and severally responsible for the injuries caused by any one of Defendants' apps and the burden shifts to Defendants to identify alternative causes of the alleged injuries and apportion responsibility for the alleged injuries.

361.    The nature of the fraudulent and unlawful acts that created safety concerns for Minor Plaintiff are not the type of risks that are immediately apparent from using each Defendant's app.

362.    The conduct of each Defendant, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of its customers, and warrants an award of punitive damages in an amount sufficient to punish each Defendant and deter others from like conduct.

363.    Minor Plaintiff demands judgment against each Defendant for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

### SIXTH CAUSE OF ACTION

### NEGLIGENT UNDERTAKING

### (By Plaintiff Against Each Defendant)

364.    Minor Plaintiff incorporates each and every factual allegation set forth above.

365.    This claim is brought against Defendants Roblox and Meta.

100

COMPLAINT FOR DAMAGES
Case No.

366. Each Defendant rendered parental control services and account safety services to Minor Plaintiff's parent.

367. Each Defendant made numerous statements, as outlined above, claiming in substance that its parental controls and account safety services were highly effective at protecting users from the type of harm that Minor Plaintiff suffered.

368. Each Defendant knew, or reasonably should have known, that effective parental control and account safety services were necessary for the protection of minor users.

369. Each Defendant's conduct was closely connected to Minor Plaintiff's injuries, which were highly certain to occur, as evidenced by the significance of Minor Plaintiff's injuries.

370. Each Defendant could have avoided Minor Plaintiff's injuries with minimal cost, including, for example, by implementing parental control and account safety services that were effective and that would prevent child users from being contacted by adult accounts or strangers' accounts generally.

371. Imposing a duty on Defendants would benefit the community at large.

372. Imposing a duty on Defendants would not be burdensome to them because they have the technological and financial means to avoid the risks of harm to children.

373. Each Defendant owed a heightened duty of care to minor users and their parents to implement parental control and account safety services that were effective and that would prevent child users from being contacted by adult accounts or strangers' accounts generally.

374. Minor Plaintiff and Plaintiff's Mother relied on each Defendant exercising reasonable care in undertaking to render parental control and account safety services.

375. Each Defendant breached its duty of undertaking by failing to use reasonable care in rendering its parental control and account safety services to prevent child users from being contacted by adult accounts or strangers' accounts generally.

376. Each Defendant failed to exercise reasonable care in rendering these parental control and account safety services.

377. Each Defendant's failure to exercise reasonable care increased the risk of, and was a substantial factor in causing harm to Minor Plaintiff.

101

COMPLAINT FOR DAMAGES
Case No.

378.    Minor Plaintiff was harmed by her and Plaintiff's Mother's reliance on Defendants to provide account safety services and limit contact that predators can have with children on its apps.

379.    Each Defendant's breach of one or more of its duties was a substantial factor in causing harms and injuries to Minor Plaintiff.

380.    Minor Plaintiff was injured from using both of Defendants' defective apps through no fault of her own. The fact that Minor Plaintiff was injured by using both of Defendants' apps means that Defendants are each jointly and severally responsible for the injuries caused by any one of Defendants' apps and the burden shifts to Defendants to identify alternative causes of the alleged injuries and apportion responsibility for the alleged injuries.

381.    The nature of the fraudulent and unlawful acts that created safety concerns for Minor Plaintiff are not the type of risks that are immediately apparent from using Defendants' apps.

382.    The conduct of each Defendant, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of their conduct, including to the health, safety, and welfare of its customers, and warrants an award of punitive damages.

383.    Minor Plaintiff demands judgment against each Defendant for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

## SEVENTH CAUSE OF ACTION

## STRICT LIABILITY – DESIGN DEFECT

### (By Plaintiff Against Each Defendant)

384.    Minor Plaintiff incorporates each and every factual allegation set forth above.

385.    This claim is brought against Defendants Roblox and Meta.

386.    At all relevant times, each Defendant designed, developed, managed, operated, tested, produced, labeled, marketed, advertised, promoted, controlled, sold, supplied, distributed, and benefitted from its product used by Minor Plaintiff.

COMPLAINT FOR DAMAGES
Case No.

387. These products were designed, manufactured, maintained, controlled, and distributed from the respective California headquarters of each Defendant.

388. Each Defendant's product was designed and intended to be a gaming and/or communication product. The software and architecture of each product is the same for every user that logs on or signs up for an account. These products are uniformly defective and pose the same danger to each minor user.

389. Each Defendant's product is distributed and sold to the public through retail channels (*e.g.*, the Apple App "Store" and the Google Play "Store").

390. Each Defendant's product is marketed and advertised to the public for the personal use of the end-user/consumer.

391. Each Defendant defectively designed its product to allow children to come into contact with child predators. Children are particularly unable to appreciate the risks posed by the products.

392. The defects in the design of each Defendant's product existed prior to the release of these products to Minor Plaintiff and the public, and there was no substantial change to Defendants' products between the time of their upload by each Defendant to public or retail channels (*e.g.*, the App Store or Google Play) and the time of their distribution to Minor Plaintiff via download or URL access.

393. Minor Plaintiff used these products as intended, and each Defendant knew or, by the exercise of reasonable care, should have known that Minor Plaintiff would use these products without inspection for its dangerous nature.

394. Each Defendant defectively designed its product to appeal to adult predators by making it easy to find children and enabled their contact, grooming, sexual exploitation, and sexual abuse of children, including Minor Plaintiff.

395. Each Defendant failed to test the safety of the features it developed and implemented for use on its product. When each Defendant did perform some product testing and had knowledge of ongoing harm, it failed to adequately remedy its product's defects or warn Minor Plaintiff.

COMPLAINT FOR DAMAGES
Case No.

396. Each Defendant's product is defective in design and poses a substantial likelihood of harm for the reasons set forth herein, because the products fail to meet the safety expectations of ordinary consumers when used in an intended or reasonably foreseeable manner, and because the products are less safe than an ordinary consumer would expect when used in such a manner. Children and teenagers are among the ordinary consumers of Defendants' products. Indeed, each Defendant markets, promotes, and advertises its respective product to pre-teen and young consumers. Pre-teen and young consumers, and their parents and guardians, do not expect Defendants' products to expose them to predators when the products are used in their intended manner by their intended audience. They do not expect the features embedded by Defendants in their products to make it easy for child predators to sign-up for accounts and find children, groom children, and sexually exploit children. They do not expect Defendants' revenue and profits to be directly tied to predators' extortion of children.

397. Each Defendant's product is likewise defectively designed in that it creates an inherent risk of danger; specifically, a risk of grooming, sexual abuse, and sexual exploitation, which can lead to a cascade of harms. Those harms include but are not limited to physical injury, damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound mental health issues for young consumers, including but not limited to depression, anxiety, suicidal ideation, self-harm, post-traumatic stress disorder, insomnia, death, and other harmful effects.

398. The risks inherent in the design of each Defendant's product significantly outweigh any benefits of such design.

399. Defendants could have utilized cost-effective, reasonably feasible alternative designs, including changes to the problematic features described above, to minimize the harms described herein, including, but not limited to:

      a. Requiring children have parental approval and a parent's email address to sign-up for an account;

      b. Effective parental controls;

COMPLAINT FOR DAMAGES
Case No.

c. Effective parental notifications, including notifying parents any time a child messages another user, particularly an adult user, or notifying parents when children interact with accounts that have been blocked by other users or suspended in the past, among other controls;

d. Setting default safety settings to the most protective options, including blocking direct messaging between child and adult users, or only allowing messaging between adult users and a child with the parent's explicit permission to message the adult user;

e. Requiring adults to provide a phone number when signing up for an account;

f. Pop-up safety notices within chats and games to warn users about inappropriate behavior;

g. Preventing strangers from sending Robux to child accounts, and preventing children from sending Robux to strangers' accounts;

h. Banning IP and MAC addresses of accounts associated with known abusers;

i. Controlled chat option;

j. Providing a transcript of a child's communications to the parent;

k. Implementing reporting protocols to allow users or visitors of Defendants' products to report child sex abuse material and adult predator accounts specifically without the need to create or log in to the products prior to reporting;

l. Robust age and identity verification;

m. Reasonable age restrictions;

n. Separating adults from children by, for example, creating separate apps for children; and

o. Others as set forth herein.

400. Alternative designs were available that would prevent child predators from finding, grooming, and exploiting children, and which would have served effectively the same purpose of Defendants' products while reducing the gravity and severity of danger posed by those products' defects.

COMPLAINT FOR DAMAGES

Case No.

401.    Minor Plaintiff used Defendants' respective products as intended or in reasonably foreseeable ways.

402.    The physical, emotional, and economic injuries of Minor Plaintiff were reasonably foreseeable to Defendants at the time of their products' development, design, advertising, marketing, promotion, and distribution.

403.    Each Defendant's product was defective and unreasonably dangerous when it left each Defendant's respective possession and control. The defects continued to exist through the products' distribution to and use by consumers, including Minor Plaintiff, who used the products without any substantial change in the products' condition.

404.    As manufacturers, designers and seller, each Defendant had a duty to inform themselves with the best knowledge of the risks and the defects of its product and each Defendant had such knowledge. Their victims, including Minor Plaintiff, were powerless to protect themselves against unknown harms, and Defendants should bear the costs of their injuries.

405.    Minor Plaintiff was injured as a direct and proximate result of each Defendant's respective defective designs as described herein. The defective design of the products used by Minor Plaintiff was a substantial factor in causing harms to Minor Plaintiff.

406.    As a direct and proximate result of each Defendant's respective product's defective design, Minor Plaintiff suffered serious and dangerous injuries.

407.    As a direct and proximate result of each Defendant's product's defective design, Minor Plaintiff requires and/or will require more healthcare and services and did incur medical, health, incidental, and related expenses.

408.    Minor Plaintiff was injured from using both of Defendants' defective products through no fault of her own. The fact that Minor Plaintiff was injured by using both of Defendants' products means that Defendants are each jointly and severally responsible for the injuries caused by any one of Defendants' products and the burden shifts to Defendants to identify alternative causes of the alleged injuries and apportion responsibility for the alleged injuries.

COMPLAINT FOR DAMAGES
Case No.

409. The nature of the fraudulent and unlawful acts that created safety concerns for Minor Plaintiff are not the type of risks that are immediately apparent from using Defendants' respective products.

410. The conduct of each Defendant, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of its customers, and warrants an award of punitive damages in an amount sufficient to punish each Defendant and deter others from like conduct.

411. Minor Plaintiff demands judgment against each Defendant for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper

## EIGHTH CAUSE OF ACTION

## STRICT LIABILITY – FAILURE TO WARN

## (By Plaintiff Against Each Defendant)

412. Minor Plaintiff incorporates each and every factual allegation set forth above.

413. This claim is brought against Defendants Roblox and Meta.

414. At all relevant times, each Defendant designed, developed, managed, operated, tested, produced, labeled, marketed, advertised, promoted, controlled, sold, supplied, distributed, and benefitted from its product used by Minor Plaintiff.

415. These products were designed, manufactured, maintained, controlled and distributed from the respective California headquarters of each Defendant.

416. Each Defendant's product was designed and intended to be a gaming and/or communication product. The software and architecture of each product is the same for every user that logs on or signs up for an account. These products are uniformly defective and pose the same danger to each minor user.

417. Each Defendant's product is distributed and sold to the public through retail channels (*e.g.*, the Apple App "Store" and the Google Play "Store").

107

COMPLAINT FOR DAMAGES
Case No.

418. Each Defendant sold and distributed its respective product to Minor Plaintiff in a defective and unreasonably dangerous condition by failing to adequately warn about the risk of harm to youth as described herein, including a risk of grooming, sexual abuse, and sexual exploitation, which can lead to a cascade of harms. Those harms include but are not limited to physical injury, damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound mental health issues for young consumers including but not limited to depression, anxiety, suicidal ideation, self-harm, post-traumatic stress disorder, insomnia, death, and other harmful effects.

419. Defendants were in the best position to know the dangers their products posed to consumers, including Minor Plaintiff, as they had superior knowledge of the risks and dangers posed by their products and had exclusive knowledge of these risks at the time of development, design, marketing, promotion, advertising and distribution. Defendants had exclusive control of their products at all times relevant to this litigation.

420. Each Defendant's respective product is dangerous, to an extent beyond that contemplated by the ordinary user who used Defendants' products, because they enable predators to find, groom, abuse, and exploit children.

421. Each Defendant knew or, by the exercise of reasonable care, should have known that its respective product posed risks of harm to youth considering its own internal data and knowledge regarding its product at the time of development, design, marketing, promotion, advertising, and distribution.

422. These risks were known and knowable in light of Defendants' own internal data and knowledge regarding their products at the time of the products' development, design, marketing, promotion, advertising, and distribution to Minor Plaintiff.

423. Defendants' products are defective and unreasonably dangerous because, among other reasons described herein, each Defendant failed to exercise reasonable care to inform users that, among other things:

108

COMPLAINT FOR DAMAGES
Case No.

a. Sexual predators use Defendants' products to find, contact, groom and abuse children with alarming frequency;

b. Sexual predators use Defendants' products to solicit, produce, and distribute CSAM with alarming frequency;

c. Sexual predators target young children for CSAM on Defendants' products with alarming frequency;

d. Sexual predators use Robux to coerce children into sending them nude photos or engaging in other types of sexually explicit behavior;

e. Defendants' products are designed in a way that enables and increases risk of exposure to predators and resulting sexual exploitation;

f. Defendants' products cause grooming, sexual abuse, and sexual exploitation, and its resultant physical and mental injuries;

g. Use of Defendants' products can increase risky and uninhibited behavior in children, making them easier targets to adult predators for sexual exploitation, sextortion, and CSAM;

h. Use of Defendants' products can normalize abuse and pornography, leading children to abuse other children either contemporaneously or later when the children are older;

i. New users of Defendants' product can identify themselves as minors, begin to use the product, and do so indefinitely, without ever receiving a safety warning, and without ever having to provide information so that Defendants can warn the users' parents or guardians;

j. The likelihood and severity of harms is greater for children;

k. The likelihood and intensity of these harmful effects is exacerbated by the interaction of each product's features with one another; and

l. Others as set forth herein.

424. Minor Plaintiff was a foreseeable user of each Defendant's product.

COMPLAINT FOR DAMAGES
Case No.

425.    Ordinary minor users would not have recognized the potential risks of Defendants' products when used in a manner reasonably foreseeable to Defendants.

426.    Had Minor Plaintiff received proper or adequate warnings or instructions as to the risks of using each Defendant's product, Minor Plaintiff would have heeded the warnings and/or followed the instructions.

427.    Each Defendant's failures to adequately warn Minor Plaintiff about the risks of their defective products were a proximate cause and a substantial factor in the injuries sustained by Minor Plaintiff.

428.    Minor Plaintiff was injured from using both of Defendants' defective products through no fault of her own. The fact that Minor Plaintiff was injured by using both of Defendants' products means that Defendants are each jointly and severally responsible for the injuries caused by any one of Defendants' products and the burden shifts to Defendants to identify alternative causes of the alleged injuries and apportion responsibility for the alleged injuries.

429.    The nature of the fraudulent and unlawful acts that created safety concerns for Minor Plaintiff are not the type of risks that are immediately apparent from using Defendants' products.

430.    The conduct of each Defendant, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of their customers, and warrants an award of punitive damages in an amount sufficient to punish each Defendant and deter others from like conduct.

431.    Minor Plaintiff demands judgment against each Defendant for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

## VIII.    **PRAYER FOR RELIEF**

WHEREFORE, Minor Plaintiff demands judgment against Defendants for the above-referenced claims and causes of action, and as follows:

1.    Past, present, and future general damages, the exact amount of which has yet to be ascertained, in an amount which will confirm to proof at time of trial, to compensate

110

COMPLAINT FOR DAMAGES
Case No.

Minor Plaintiff for injuries sustained as a result of the use of each Defendant's product, including but not limited to physical pain and suffering, mental anguish, loss of enjoyment of life, emotional distress, and expenses for medical treatments;

2. Past, present, and future economic and special damages, according to proof at the time of trial;

3. Impaired earning capacity according to proof at the time of trial;

4. Medical expenses, past and future, according to proof at the time of trial;

5. Punitive or exemplary damages according to proof at the time of trial;

6. Attorneys' fees;

7. For costs of suit incurred herein;

8. Pre-judgment and post-judgment interest as provided by law; and

9. For such other and further relief as the Court may deem just and proper.

## IX.    **DEMAND FOR A JURY TRIAL**

Minor Plaintiff hereby demands a trial by jury on all claims so triable.

Date:    January 12, 2026                    Respectfully submitted,

By: */s/ Sarah London*
Sarah R. London (SBN 267083)
slondon@girardsharp.com
Andrew R. Kaufman (*pro hac vice forthcoming*)
akaufman@girardsharp.com
Isabel Velez (SBN 359574)
ivelez@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

*Attorneys for Plaintiff*

111
COMPLAINT FOR DAMAGES
Case No.