UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE GS 2, | Case No.  26-cv-00324-SK |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO PROCEED UNDER A PSEUDONYM** |
| ROBLOX CORPORATION, et al., | |
| Defendants. | Regarding Docket No. 4 |

Before the Court is Plaintiffs Jane Doe GS 2 and Parent GS 2 (collectively, "Plaintiffs") motion to proceed under a pseudonym and Complaint.  (Dkt. Nos. 1, 4.)  Plaintiff Jane Doe GS 2, a 13-year-old, alleges that she was sexually groomed and exploited by a "child predator" while using Defendants Roblox Corporation and Meta, Platforms, Inc.'s applications.  (Dkt. No. 1.)  In their motion to proceed under pseudonyms, Plaintiffs argue that they have a substantial privacy interest in guarding sensitive and highly personal information regarding the sexual exploitation and abuse suffered by a minor. (Dkt. No. 4, pp. 2-4.)  Parent GS 2—Jane Doe GS 2's parent— seeks to proceed anonymously because "public disclosure of Parent's identity would effectively identify Jane [Doe GS 2] as well, thereby defeating the purpose of pseudonymity in this case." (*Id.* at p. 2.)

Where, as here, "anonymity is necessary to preserve privacy in a matter of sensitive and highly personal nature," permitting Plaintiff to proceed anonymously is appropriate.  *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067 (9th Cir. 2000).  "With regard to allegations of sexual assault or sexual harassment in particular, courts in the Ninth Circuit have found that allowing victims to proceed anonymously serves a strong public interest in protecting the identities of sexual assault victims so that other victims will not be deterred from reporting such crimes."  *Heineke v. Santa Clara Univ.*, No. 17-cv-05285-LHK, 2017 WL 6026248, at *22 (N.D.

United States District Court
Northern District of California

Cal. Dec. 5, 2017) (citations and internal quotation marks omitted).  These concerns are heightened where, as here, the plaintiff is a young child.  Due to the highly sensitive nature of Plaintiff's allegations and her particular vulnerability, the Court finds that there is ample justification for allowing Plaintiff to proceed under the pseudonym "JANE DOE GS 2" and for allowing her parent to proceed under the pseudonym "PARENT GS 2."

IT IS HEREBY ORDERED that Plaintiff may proceed herein under the pseudonym "JANE DOE GS 2" and Plaintiff's parent may proceed herein under the pseudonym "PARENT GS 2."  The parties shall refer to Plaintiffs by their pseudonyms in all filings and public proceedings.  In addition, the parties shall redact personally identifying information regarding Plaintiffs from all filings consistent with Federal Rule of Civil Procedure 5.2.  However, both Jane Doe GS 2 and Parent GS 2 shall disclose their identities to Defendants once Defendants are served and appear in this action.

**IT IS SO ORDERED**.

Dated: January 27, 2026

_____

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California

2