UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE GS 2,<br><br>        Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION, et al.,<br><br>        Defendants. | Case No.  26-cv-00324-SK<br><br>***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to the Honorable Richard Seeborg to consider whether *Jane Doe GS 2 v. Roblox Corporation et al.*, No. 26-cv-00324-SK is related to *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, No. 25-md-03166-RS.

**IT IS SO ORDERED**.

Dated: January 27, 2026

SALLIE KIM
United States Magistrate Judge

*United States District Court*
*Northern District of California*